IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CANDACE VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   22-cv-1107-JBM-JEH |
| | ) | |
| FOX DEVELOPMENTAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

NOW COMES Defendant, THE ILLINOIS DEPARTMENT OF HUMAN SERVICES, by and through its attorney, KWAME RAOUL, Attorney General for the State of Illinois, and hereby moves pursuant to Fed. R. Civ. P. 6(b)(1)(A) and 16(b)(4) to extend the time to complete discovery by seven (7) days, up to and including June 19, 2023 and file dispositive motions by forty-five (45) days, up to and including, July 27, 2023. In support thereof, Defendant states the following:

1. On April 10, 2023, the parties filed a Joint Motion for Extension of Time to Complete Discovery. (Doc. 27).

2. Specifically, the parties noted that they were unable to complete all needed depositions during the discovery period and additional time was needed. *Id.*

3. On April 11, 2023, the Court granted the parties Joint Motion and extended fact discovery to June 9, 2023. (April 11, 2023 Text Order).

4. However, the parties did not reset the dispositive motion deadline, which was previously set and remains set for June 12, 2023. (October 5, 2022 Text Order).

5. In the interim between the filing of this Joint Motion and today's date, the parties have completed three depositions but four more are needed to finalize discovery. These depositions are scheduled to be taken between June 13, and June 15, 2023.

6.      The reason for the delay in taking the final depositions is attributable to a personal emergency affecting Plaintiff's counsel and the undersigned participating in a federal jury trial from June 5, through June 8, 2023, in the Southern District of Illinois, United States Federal Court, in *Dunkley v. AFSME, et al.*, 18-2189 (SDIL).

7.      In order to effectively prepare a dispositive motion after these depositions occur, undersigned counsel requires additional time to receive and review the deposition transcripts after they are prepared, which will take at minimum a few weeks time.

8.      Fed. R. Civ. Pro. 6(b)(1)(A) allows the Court to extend the deadline when good cause is shown. Good cause exists here given the parties are actively attempting to finalize discovery thorough scheduling difficulties and unforeseen circumstances to ensure that this case may proceed to the dispositive motion stage, and if needed trial.

9.      Counsel for Defendant communicated with counsel for Plaintiff who has no objection to the extension for time to complete depositions but does object to an extension for time to complete dispositive motions and amendment of the scheduling order.

WHEREFORE, Defendant requests the Court grant its Motion to Amend Scheduling Order and reset the deadlines for discovery and dispositive motions to June 19, 2023 and July 27, 2023.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF HUMAN SERVICES,

            Defendant,

        KWAME RAOUL, Attorney General,
        State of Illinois,

            Attorney for Defendant,

Robert Hogue #6318000
Assistant Attorney General
500 South Second Street
Springfield, IL 62701        By:    s/Robert Hogue
(217) 782-5819 Phone                Robert Hogue
(217) 524-5091 Fax                  Assistant Attorney General
Email: Robert.Hogue@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDACE VAUGHN, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 22-cv-1107-JBM-JEH |
| FOX DEVELOPMENTAL CENTER, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, the foregoing document, ***Defendant's Motion to Amend Scheduling Order***, was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send notice to:

Nathan C. Volheim – nvolheim@sulaimanlaw.com

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following:

NONE

Respectfully submitted,

By:   s/Robert Hogue
Robert Hogue
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
Telephone: (217) 782-5819
Facsimile: (217) 524-5091
E-Mail: robert.hogue@ilag.gov