**EXHIBIT 1**

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF ILLINOIS
 2
   CANDACE VAUGHN,                )
 3                                )
           Plaintiff,             )
 4                                )
   -vs-                           ) Case No. 22-cv-1107-JBM-JEH
 5                                )
   FOX DEVELOPMENTAL CENTER,      )
 6                                )
           Defendant.            )
 7

 8

 9

10      VIDEOCONFERENCE DEPOSITION OF CANDACE VAUGHN

11           TAKEN ON BEHALF OF THE DEFENDANT

12                    JUNE 15, 2023

13          (Deposition start time, 12:00 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25
```



Candace Vaughn                                    June 15, 2023

Page 2

```
 1                    I N D E X

 2   QUESTIONS BY:                              PAGE

 3   Mr. Hogue                                  5, 59

 4   Mr. Taylor                                   55

 5

 6

 7

 8                  E X H I B I T S

 9

10

11   (No exhibits were marked.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 3

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF ILLINOIS
 2
    CANDACE VAUGHN,                )
 3                                 )
             Plaintiff,            )
 4                                 )
    -vs-                           ) Case No. 22-cv-1107-JBM-JEH
 5                                 )
    FOX DEVELOPMENTAL CENTER,      )
 6                                 )
             Defendant.            )
 7

 8

 9

10

11              VIDEOCONFERENCE DEPOSITION OF CANDACE VAUGHN,

12    produced, sworn, and examined on June 15, 2023,

13    between the hours of 12:00 in the afternoon and 1:46

14    in the afternoon of that day, with all parties

15    appearing remotely, before Suzanne M. Zes, a

16    Certified Court Reporter of the State of Missouri,

17    in a certain cause now pending before the United

18    States District Court for the Central District of

19    Illinois, wherein Candace Vaughn is the Plaintiff

20    and Fox Developmental Center is the Defendant.

21

22

23

24

25
```

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



```
 1              A P P E A R A N C E S

 2

     For the Plaintiff:
 3
     Alexander J. Taylor
 4   Sulaiman Law Group, Ltd.
     900 Jorie Boulevard, Suite 150
 5   Oak Brook, Illinois 60523
     630.375.8181
 6   ataylor@sulaimanlaw.com

 7
     For the Defendant:
 8
     Robert Hogue
 9   Rory Cannon
     Illinois Attorney General's Office
10   500 South Second Street
     Springfield, Illinois 62701
11   217.782.5819
     217.524.5091 Fax
12   robert.hogue@ilag.gov

13

14

15

16

17

18

19

20   Reported Remotely By:

21   Suzanne Zes, CCR, RPR
     Lexitas Legal
22   711 North Eleventh Street
     St. Louis, Missouri 63101
23   314.644.2191
     314.644.1334 Fax

24

25
```



**EXHIBIT 1**

1    IT IS HEREBY STIPULATED AND AGREED by and

2   between counsel for the Plaintiff and counsel for the

3   Defendant, that the deposition of CANDACE VAUGHN may

4   be taken in shorthand by Suzanne Zes, a Certified

5   Court Reporter and Registered Professional Reporter,

6   and afterwards transcribed into printing; and the

7   signature of the witness is expressly waived.

8     (Whereupon, the deposition began at 12:00 p.m.)

9                      *  *  *  *  *

10                    CANDACE VAUGHN

11   of lawful age, produced, sworn, and examined on

12   behalf of the Defendant, deposes and says:

13                      EXAMINATION

14   QUESTIONS BY MR. HOGUE:

15    Q.    To start with, Ms. Vaughn, my name is

16   Robert Hogue.  I'm an assistant attorney general and

17   I represent the Defendant Fox Developmental Center

18   in this matter.

19        And so to kind of go back to the audio

20   issues, if you can't hear a question or you don't

21   understand a question, please ask me to repeat and

22   I'd be happy to do so.  And I want you to -- do you

23   understand that you are testifying under oath today

24   and that you are legally obligated to tell the

25   truth?

Candace Vaughn                                    June 15, 2023

Page 6

1        A.    Yes.

2        Q.    All right.  And so now I'm going to go

3   through several admonishments.  If you don't

4   understand one or, again, can't hear me, please ask

5   me to repeat and I will.

6        So you must provide verbal responses to my

7   questions.  The court reporter can't record any

8   uh-huhs, uh-uhs, shakes or nods of the head.  If you

9   want to correct or come back to an answer, you can

10  do so, just please make sure it's clear,

11  particularly for the court reporter and for the

12  written record that will be prepared for this.

13  Just, you know, make sure you indicate that you're

14  going back to answer a previous question.

15       Please do not start to answer a question

16  until I have finished asking a question and I will

17  do my best to extend the same courtesy to you.  I

18  know particularly on video that's not always

19  possible but I'll do my best and I ask that you do

20  your best also.  And it makes it easier for the

21  court reporter that has to try to write all this

22  stuff down.

23       So if you want to take break, please let me

24  know and we can absolutely arrange that.  I do

25  expect this to be a little bit longer of a

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

 LEXITAS

**EXHIBIT 1**

1    deposition, so, again, anytime you need a break just

2    let me know.

3            A.    Okay.

4            Q.    However, if there is a question pending,

5    I do ask that you answer the question before we take

6    a break.  So after I ask a question you can say,

7    "I'd like to take a break after I answer this."  But

8    for a clean record and so that way we don't have to

9    ask the court reporter to repeat the question it

10   needs to be answered first.

11           Please do not guess as to any answer.

12   Although I am entitled to your best testimony and

13   best estimates today, I do not want you to guess if

14   you do not actually know the answer to my question.

15           A.    Okay.

16           Q.    And then finally -- I'm sorry what?

17           A.    I said, "Okay."

18           Q.    Okay.  Sorry.

19           All right.  So your deposition testimony will

20   be compiled into a booklet called the deposition

21   transcript at the end of this.  Your attorney can go

22   over this in more detail but you will have the

23   ability to review the deposition transcript and to

24   make minor changes.  Again, I think that your

25   attorney will probably go into more depth on that

1    one and I'll let him do that.

2          So did you understand those or did you have

3    any questions about any of those?

4          A.   No, not at the moment.

5          Q.   Okay.  Fair enough.

6          Did you do anything to prepare for this

7    deposition today?

8          A.   No.

9          Q.   Okay.  All right.  Other than your

10   attorneys, did you talk to anybody about it?

11         A.   I spoke with my attorney yesterday.

12         Q.   Okay.  I don't want you to say what you

13   and your attorney spoke about at this point.  I just

14   have to ask if you spoke to anybody else other than

15   your attorneys?

16         A.   No.

17         Q.   All right.  So -- okay.  Thank you.

18         And did you graduate high school?

19         A.   Yes.

20         Q.   What high school was that and what year

21   did you graduate?

22         A.   Kankakee High School, 2003.

23         Q.   And did you go to -- attend any colleges

24   or earn any degrees after high school?

25         A.   Yes.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

**EXHIBIT 1**

1        Q.   What were those degrees and when did you

2    obtain them?

3        A.   2006, dental assisting.

4        Q.   And where did you go to school for that?

5        A.   Georgia Medical Institute.

6        Q.   When did you work for the Vaughn -- I'm

7    sorry -- Fox Developmental Center?

8        A.   September 2020 until December 2021.

9        Q.   Before Fox what other careers or jobs

10   did you have?

11       A.   Before that I worked in an orthodontic

12   office for my dental assistant certificate.

13       Q.   And do you recall when that was?

14       A.   January 2018 until I got hired at Fox

15   September 2020.

16       Q.   How about before January of 2018, where

17   were you employed before that?

18       A.   A group home.  So I'm trying to think

19   because I -- sometimes I have two and three jobs at

20   a time.  ResCare, also called Community

21   Alternatives.

22       Q.   Where was that located at?

23       A.   In Bourbonnais, Illinois.

24       Q.   Could you spell the name of that city,

25   please?



Candace Vaughn                                June 15, 2023

Page 10

1    A.    B-o-u-r-b-o-n-n-a-i-s.

2    Q.    Thank you.  It helps the record when we

3  spell these things out.

4    A.    You're welcome.

5    Q.    When did you work for the group home?

6    A.    I don't remember the dates.

7    Q.    Do you think you could give an

8  approximation such as years or?

9    A.    I think I was there for about two years

10 until Covid.

11   Q.    So about two years until Covid were you

12 working that job simultaneously with the

13 orthodontist?

14   A.    Yes.

15   Q.    And does anywhere else come to mind that

16 you were working at for your employment history

17 before Fox?

18   A.    Chef Vaughn's Kitchen.

19   Q.    Could you please spell that?

20   A.    Chef, S -- I mean C-h-e-f, and then my

21 last name, like Chef Vaughn's Kitchen.

22   Q.    My apologies for that.  I misheard and I

23 heard something differently.  But thank you for

24 clarifying that.

25        Do you recall approximately how long you had



Candace Vaughn                                    June 15, 2023

Page 11

1   your own kitchen?

2          A.   Are you referring to that job, Chef

3   Vaughn's Kitchen?

4          Q.   Yes.

5          A.   It's owned by my brother, so...

6          Q.   Okay.  All right.  So do you recall how

7   long you worked or helped out your brother?

8          A.   I think he opened up in the beginning of

9   2019 until -- wait -- I'm sorry.  Let me think of

10  the dates.

11         2020.  He opened up in the beginning of 2020

12  and then Covid hit.

13         Q.   That was a really rough time for

14  businesses, particularly restaurants.

15         A.   Yeah.

16         Q.   All right.  I'd like to not spend too

17  much time on this portion of it, but I do have a few

18  questions about after Fox.

19         So you left in about December of 2021.  What

20  was your next job after that?

21         A.   Riverside Hospital.

22         Q.   Do you recall when you began employment

23  there?

24         A.   May 9th, 2022.

25         Q.   Are you currently still employed there?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Candace Vaughn                                    June 15, 2023

1       A.   Yes.

2       Q.   What's your job title there?

3       A.   Mental health technician.

4       Q.   What's your annual salary there?

5       A.   I would have to get a calculator.

6  Between 35 and 40 --

7       Q.   Do you know --

8       A.   -- maybe.

9       Q.   All right.  Thank you.

10      So do you take about $3,000 net -- or

11 sorry -- gross home a month?

12      A.   Yes.

13      Q.   Okay.  And where is Riverside Hospital

14 located?

15      A.   Kankakee, Illinois.

16      Q.   All right.  Have you ever been

17 terminated from a job?

18      A.   Yes.

19      Q.   Who was the employer and when was the --

20 at least approximately to your best recollection

21 when did that happen?

22      A.   I don't remember.  They were none of the

23 jobs that I just told you about though but I have

24 been terminated in the past.

25      Q.   Okay.  From one place or several or do



**EXHIBIT 1**

Candace Vaughn                                    June 15, 2023

Page 13

 1    you know?

 2         A.   It's been more than one.

 3         Q.   Would you be able to proximate times of

 4    when that happened?

 5         A.   No.

 6         Q.   Have you ever been disciplined at a job?

 7         A.   No, not that I can recall.

 8         Q.   Have you ever been involved in another

 9    lawsuit?

10         A.   No.

11         Q.   All right.  So I'd like to turn your

12    attention then to your employment at Fox

13    Developmental Center.

14         You began in September of 2020.  Were you

15    hired -- okay.  I'll just ask you:  What were you

16    hired as?

17         A.   Mental health technician.

18         Q.   Was that a trainee position?

19         A.   Yes.

20         Q.   All right.  I thought it was mental

21    health technician trainee but I wasn't sure, so I

22    didn't want to say --

23         A.   Yeah.

24         Q.   And so as part of the trainee position

25    usually you're -- you're then transitioned into just



1  a mental health technician; is that correct?

2        A.   A mental health technician II.  They got

3  numbers with it.

4        Q.   Thank you for the clarification.

5        And how -- what was your salary while you

6  were employed there?

7        A.   The same as now, around 3,000 a month or

8  3100.  I actually believe when I left it was -- I

9  think it was up to 3300 a month.

10       Q.   And as a mental -- let's start with as a

11 mental health trainee what were your job duties and

12 responsibilities?

13       A.   Charting patients' behaviors, bathing,

14 like everyday things that we can normally do that

15 they can't do, bathing, feeding, dressing, small

16 activities with them, like exercises, like movements

17 of their body parts when you're changing them.

18 That's really all I can think of now, main

19 requirements --

20       Q.   Were you --

21       A.   -- of the job.

22       Sorry?

23       Q.   I apologize for interrupting you.  No

24 worries.  Like I said, that happens sometimes.

25       Were you responsible for taking vitals of the



**EXHIBIT 1**

Candace Vaughn                                    June 15, 2023

Page 15

```
 1   patients?
 2        A.   Yes, I believe so.
 3        Q.   And when you say helping them do
 4   exercise, you were responsible for helping them make
 5   sure they do the movements and just kind of getting
 6   them to just move their body a little bit, right?
 7        A.   Yes.
 8        Q.   And then when you became a mental health
 9   technician II, did your job duties change?
10        A.   I want to say yes -- or, no, you know, I
11   really don't know.  I can't remember if it -- if we
12   were -- if it's just a number, you know, or -- I
13   don't remember if they changed or not.  I think just
14   moving up to a two means that you're in the safe
15   zone from not being a trainee anymore.
16        Q.   Thank you for your answer.  And, again,
17   I want to reiterate if -- I appreciate that you
18   said, "I don't know."  If that's your best answer
19   then, you know, please feel free to say that.
20   Again, I don't want you to like guess or speculate,
21   so I appreciate that.
22        A.   Yes.
23        Q.   So in your complaint you -- so at least
24   part of your complaint is that you were
25   discriminated against during your employment at the
```



 1   Fox Developmental Center.

 2         I'm just going to open up this question to

 3   you then:  Can you please elaborate upon how you

 4   feel that you were discriminated against while you

 5   were employed at Fox?

 6         A.   You said why do I feel like I was?

 7         Q.   Yes.

 8         A.   I'm not sure why.  Rumors around work

 9   were always because we were in a town -- we worked

10   in a town that had racism there.  That was the rumor

11   around work.

12         Q.   Okay.  So, I'm sorry, I just -- I would

13   like to kind of get some clarifications so I

14   understand better.

15         So you're saying that the rumor at work was

16   because the town itself has issues of racism?

17         A.   And those people worked at that job,

18   yes.

19         Q.   All right.  So there were people -- so

20   some of your fellow employees who worked at Fox

21   would -- I guess acted in a racially discriminated

22   way outside of work?

23         A.   No, they talked about that inside of

24   work.

25         Q.   Okay.  Can you give me some examples,



**EXHIBIT 1**

1    please?

2        A.   Like when I first started to work there,

3    people would complain -- Caucasian and black people

4    would complain of there being racism at work, like

5    they discriminated against black people that worked

6    there.

7        Q.   So you're saying both white and black

8    employees commented that black employees at Fox were

9    being discriminated against?

10       A.   Yes.

11       Q.   And do you have any specific examples of

12   that?

13       A.   No.

14       Q.   All right.  Do you have any specific

15   examples of incidences of racial discrimination

16   targeted against you?

17       A.   Can you repeat that?

18       Q.   Yeah.  Absolutely.  And I kind of leaned

19   away from the camera, so I'm sorry for that.

20       Do you have any specific examples of racial

21   discrimination events targeted towards you?

22       A.   Yes.

23       Q.   Okay.  Can you please elaborate upon

24   that?

25       A.   I think it was my last day there maybe I



Candace Vaughn                                    June 15, 2023

1   want to say or -- I don't remember the date but I

2   was told by a different ethnicity woman that she did

3   not like to work with black people.  She said she

4   couldn't stand working with black people and I felt

5   that was racist.

6        Q.   Let's start with that one.  So that was

7   an incident involving Veronica Wilkinson; is that

8   correct?

9        A.   Yes.

10       Q.   All right.  And that happened, for the

11  sake of this deposition, on or about December 3rd,

12  correct?

13       A.   Could have been.  I'm not sure of the

14  exact date that it happened but, yes, sir.

15  Definitely in December.

16       Q.   All right.  I can show you a document if

17  I need to but would you disagree with me if I told

18  you that your last date was -- or at least the date

19  of the incident was December 3rd?

20       A.   You said that was my last day or the

21  incident?

22       Q.   So, yeah, so I think I need to clarify

23  upon that because I think you mentioned your last

24  day earlier.  And so the way I understand it is this

25  incident occurred on December 3rd and then your last



Candace Vaughn                                    June 15, 2023

Page 19

1   day was December 14th; is that correct?  Does that

2   ring a bell to you?

3        A.   I want to say the 16th or the 17th was

4   my last day.

5        Q.   Now that I think about what I said, I

6   think I said the 14th.  So I was saying 14 days.

7   So, right, so December 3rd to December 17th.  So

8   December 17th was actually your last day.  But kind

9   of the incident that I -- in my words kind of

10  sparked the 17th being your last day was an incident

11  on the 3rd with Veronica Wilkinson.

12       Would you say that's accurate?

13       A.   It could be.  The date could be right.

14       Q.   Okay.  So let's just focus on the

15  incident with Veronica.  Do you remember that?

16       A.   Vividly, yes.

17       Q.   And can you please tell us what

18  happened?

19       A.   I know it happened at the beginning of

20  the shift.  She seemed to have an attitude that

21  morning when she came into work.  And I really -- I

22  can't remember -- let's see.  I forget what happened

23  as far as why she got upset with me.  I think she

24  was trying to give me more people in my group than I

25  was supposed to have and I told her that I wasn't



**EXHIBIT 1**

1  going to do that whole entire group by myself.  And

2  I believe she got upset.

3       We were in the nurses' station and I was so

4  upset that day about what she said I don't

5  remember -- I don't recall why we were in the

6  nurses' station.  I think it was to use the phone so

7  I could call the supervisor.  And after I spoke with

8  the supervisor she got upset.  I walked -- I was

9  walking out of the room, she got upset and mumbled

10  under her breath that she can't stand working with

11  black people.

12       Q.   Okay.  Do you recall filling out any

13  kind of memos or statements on this?

14       A.   Yes.

15       Q.   All right.  And since you testified that

16  you weren't entirely sure what was the cause of the

17  disagreement between you, would your previous

18  witness statement help refresh your recollection?

19       A.   Yeah.  Mm-hmm.

20       Q.   Okay.  I'm going to show you a written

21  statement that you made.  Give me a moment while I

22  make sure that I'm going to do this right.

23       A.   Okay.  I can't see that.

24       Q.   All right.  So I hope that I've shared a

25  document that says it's from you dated December 3rd,

**EXHIBIT 1**

1   2021.  Do you see that?

2           A.   A little.  I can't read it but I see the

3   paper.  I see the memo.

4           Q.   Okay.  All right.  Let me go to a

5   different page and let's see if that would -- that

6   was the only one of that one.  All right.  Let me

7   find a better one.  I'm just going to do a larger

8   zoom on this.

9           Okay.  So now can you see that memo a little

10  bit better?

11          A.   Yes.

12          Q.   All right.  Fantastic.  Would you please

13  take a moment to read this.

14          A.   "Veronica has been picking on me since I

15  came" -- that?

16          Q.   I'm sorry.  I'm going to interrupt you.

17  You don't have to read out loud.  I just kind of

18  want you to read it for yourself and refresh your

19  recollection.

20          A.   Okay.  I can't read the bottom part

21  but...

22          Q.   Okay.  That's fine because I got another

23  page to show you anyway.  So let me scroll down.

24  And this is part of the next page.  Can you read

25  this?

LEXITAS

1       A.    A little.

2       Okay.

3       Q.    All right.  I'm going to scroll down a

4   little bit more.

5       A.    I didn't read the whole thing because

6   it's making my eyes hurt but okay.

7       Q.    Okay.  Do you at least believe that you

8   recall the incident a little bit better now?

9       A.    Somewhat.  So many things happened to me

10  at Fox that some I reported and some I just threw it

11  over my shoulder.

12      Q.    All right.  Well, clearly you reported

13  this incident; is that correct?

14      A.    Definitely.

15      Q.    Let me stop the screen-share.

16      And so from what you recall now, it was

17  because you were asked to watch a group of people

18  and you indicated that you did not want to do that?

19      A.    No.  She tried to put more work on me so

20  she didn't have to do the work.  She tried to give

21  me more people in my group and I told her, no, I

22  wasn't doing it.

23      Q.    All right.  Did you believe that your

24  job duties that day should have been to only watch

25  one individual?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

Candace Vaughn                                    June 15, 2023

Page 23

1          A.    Oh, no, we had -- every tech had at

2     least four to five people on their own but she was

3     trying to give me extra, more than four or five.

4          Q.    Okay.  So it would be normal for a tech

5     to have to watch four to five people?

6          A.    Yes.  Unless you're doing a one-to-one,

7     then you would only do that one person.

8          Q.    And how often would a tech be assigned

9     to do a one-to-one?

10          A.    Just depends.  But we didn't have any

11     one-to-ones on that particular unit, 3C.

12          Q.    All right.  So you did not have any

13     one-to-ones on 3C?

14          A.    No.

15          Q.    So when you were watching your group,

16     what would be your normal responsibilities when

17     watching the group of people?

18          A.    Make sure you're checking on them every

19     15 minutes, make sure they're still breathing, make

20     sure they are not slumped over or falling out of

21     their wheelchairs, things of that nature.  Just

22     making sure that they're okay and accounted for.

23          Q.    And would any of your responsibilities

24     be such as exercising them when they were in the

25     group or would that be more of an individualized



1  basis?

2      A.   That would -- we did that more so when

3  we were changing them or bathing them.

4      Q.   And when you were changing or bathing an

5  individual, that would be a one-to-one interaction?

6      A.   Yes.

7      Q.   So this incident that you were

8  mentioning, this is the one that prompted your

9  resignation from Fox; is that correct?

10     A.   Yes.  At that point I was just fed up

11  and distraught, so, yes.

12     Q.   All right.  You indicated that -- so you

13  gave a typical two-week notice; is that correct?

14     A.   No.  I wrote it in my memo but that's

15  not the way that you're supposed to resign from a

16  position per HR lady.  Her name was Shelly, Shelly

17  Jackson or something like that.  She said that I

18  wasn't supposed to do it in that nature.  She said,

19  "You can't put your two weeks notice in on a memo

20  because you're upset."

21         She said, "You have to come downstairs and

22  write it out with me and give it to me in a separate

23  letter," which I never did.

24     Q.   All right.  Was it your intent to put in

25  your two-week notice on that day?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

**EXHIBIT 1**

1          A.    No.

2          Q.    So when you wrote that you're putting in

3    your 14-day notice, what was your intent?

4          A.    On the memo?

5          Q.    Yes.

6          A.    I didn't know I was going to put in my

7    14-day notice that day.  After that happened with

8    Veronica I immediately left the unit, went and wrote

9    a memo on her and got so upset that I wrote that in

10   the end and I went home that same day.  I went home

11   early.

12         Q.    You acknowledge that you did write that

13   you were putting in your 14-day notice, right?

14         A.    I'm sorry.  Can you repeat that?

15         Q.    Yeah.

16         You -- do you acknowledge that you did in

17   fact write that you were putting in your 14-day

18   notice to vacate the job?

19         A.    Yes, I put that in the memo.

20         Q.    And so if you wrote that in the memo,

21   what was your intention?

22         A.    To leave the job until I was told

23   otherwise.

24         Q.    And then -- okay.

25         So it is your statement today that you were



1   told that that wasn't the proper way to put in your

2   two-week notice?

3           A.   Yes.  Human resources --

4           Q.   Did anybody remind -- I'm sorry.  Were

5   you in the middle of a further answer?

6           A.   I was just saying human resources, the

7   lady that worked there, I think her name was

8   Shelly -- Shelly Row (ph) Jackson or something like

9   that, she was the one who told me that I couldn't

10  put it in the memo of writing Veronica up, that I

11  can't vacate that way.  She said I had to do it on a

12  separate letter, which I had never done.

13          Q.   All right.  Did somebody later remind

14  you that you had indicated that your last day was

15  going to be December 17th?

16          A.   On December 16th, yes.

17          Q.   Okay.  Who was that?

18          A.   Supervisor Jocelyn Miles.

19          Q.   All right.  And do you recall what she

20  told you?

21          A.   I remember her coming on my unit and

22  giving me a white envelope and she said that --

23  something about that being my last day and to take

24  care.

25          Q.   What was your response to that?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

**EXHIBIT 1**

Candace Vaughn                                    June 15, 2023

Page 27

1        A.   My eyebrows immediately went up.

2        Q.   Did you say anything?

3        A.   I don't remember -- let me see.  Yeah, I

4   think I said something to her.  I just don't

5   remember what it was.  But I know I said something

6   to her and then I read the letter.

7        Q.   Okay.  That's -- that's great.  Thank

8   you for that.

9        Did you have a conversation with anybody else

10  about wanting to continue your employment at Fox?

11       A.   Yes.

12       Q.   And who was that?

13       A.   Facility director Sybil.

14       Q.   And do you recall how that conversation

15  went?

16       A.   Unprofessional and all over the place.

17  But I do remember Shelly Jackson, human resource

18  lady, being on the three-way call with us.

19       Q.   And why did you characterize it as

20  unprofessional?

21       A.   Because Sybil, she really wasn't trying

22  to hear what I was saying and she was trying to rush

23  me off the phone.  She acted as if, you know, like

24  she didn't want to have anything to do with anything

25  that was going on with me.  Because every time I



Candace Vaughn                                    June 15, 2023

Page 28

1  wrote a memo where I felt like I was, you know,

2  being harassed or discriminated against or, you

3  know, with me being pushed by a nurse at work

4  nothing ever happened.  She always tried to stay

5  like in the background, never say nothing about it.

6        So that's why, you know, being a facility

7  director I think you should get down to the issue of

8  what's going on and she never did that.  She always

9  tried to hide in her office and just not be a part

10 of anything going on at the facility and I think

11 that's unprofessional.

12       Q.   All right.  So just so that way I'm

13 understanding the particular reference, we can

14 circle back with everything else, but just in

15 particular to this phone call, you mentioned that it

16 was unprofessional because you felt rushed and she

17 didn't want to listen to you and she was trying to

18 get you off the phone.  Am I understanding that

19 correctly?

20       A.   Yes.

21       Q.   All right.  And so when you were on-the-

22 phone with Ms. Nash, the center director Nash, it

23 was her understanding that that day that you were

24 talking to her was your last day; is that correct?

25       A.   Yes.  I believe I spoke with her

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Candace Vaughn                                    June 15, 2023

```
 1   December the 17th --
 2        Q.   So they had -- so they had considered
 3   your statement and the memo to be your two-week
 4   notice, right?
 5        A.   Yes, even though human resources, Shelly
 6   Jackson, said that it wasn't.  But when Sybil got on
 7   the line, she replied that she never told me that.
 8        Q.   Are you aware of anybody else who put in
 9   a two-week notice and was told that it wasn't
10   enough?
11        A.   No.  I never really got in other
12   people's business.  I hardly ever talked to anybody
13   there, so, no, to that question.
14        Q.   Thank you for that.  I just have to
15   follow up.
16        Were you aware of anybody who put in their
17   two-week notice and was able to successfully rescind
18   it?
19        A.   Not sure.
20        Q.   All right.  So you -- that was not the
21   only memo you put in complaining about your
22   treatment at Vaughn -- or sorry -- at Fox; is that
23   correct?
24        A.   Yes.
25        Q.   Okay.  Can you recall any of the other
```

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



1   incidents?

2        A.   Yes.

3        Q.   Okay.  Can you please elaborate upon one

4   of them?

5        A.   When I was physically pushed by Angela

6   Smith.

7        Q.   Okay.  Do you recall when that was?

8        A.   No, I don't.  It was early on in.  I

9   had -- I had just started working there.  I do

10  remember that.  I just remember that I wasn't out of

11  training yet.

12       Q.   So you know that you were in training

13  and that it was going on then.

14       So I apologize.  I thought I had a written

15  memo from you.  If I told you that that incident

16  occurred on March 10th, 2021, would you have any

17  reason to disagree with me?

18       A.   It sounds about right.

19       Q.   Okay.  All right.  So then let's move

20  past that part.

21       So can you -- I know you indicated that

22  Angela Smith had pushed you.  Can you please

23  elaborate further upon that incident?

24       A.   I'm sorry.  I'm trying to see if I can

25  think of each of the details.  I remember she got



1   forced to do two units that day, which she's never

2   on my unit.  So she had to do two units.  She came

3   on my unit upset.  She came on the unit cursing very

4   loudly and right in front of the patients.

5        I don't remember, like, as far as the

6   beginning details of why her -- me and her actually

7   had words with each other but this lady literally

8   put her hands on me and forcefully pushed me in my

9   back trying to push me out of the nurses' station,

10  like -- and I was like clenching my feet to the

11  ground and there was a girl standing right there,

12  her name was Nicole.  And she's like, "Hey, you need

13  to stop it.  What are you guys doing?  Stop.  Stop."

14       And she literally pulled my wrist and was

15  like, "Come on, get away from her.  Let's go.  Like,

16  what is she doing?"

17       So that was really pretty much all I

18  remember.  I just couldn't believe that, you know,

19  being at work somebody could actually -- and I

20  wouldn't call it an assault because I wasn't

21  forcefully hit but you put your hands on me without

22  my permission and you were trying to hurt me.

23       I'm not sure why she did that but that's --

24  yeah, she put her hands on me.  I had two witnesses

25  that were terrified to come forward because they

1    said they didn't want to lose their job.

2              Q.   Was one of those witnesses Nicole?

3              A.   Yes.

4              Q.   Who was the other one?

5              A.   Charles.  I don't remember his last name

6    but I do know that him and Angela used to have

7    sexual intercourse with each other, so that was a

8    reason why he didn't want to be a part of what

9    happened.

10             Q.   Okay.  And do you recall what happened

11   after that event?

12             A.   Yes.  She immediately called the

13   supervisors because she seen me trying to walk down

14   the hall to the other phone because she -- she

15   blocked the phone from me calling -- because she

16   pushed -- she tried to push me out of the room and

17   she tried to block me from getting the phone to tell

18   on her.  So she beat me to the phone call of calling

19   the supervisor.

20             Q.   Just to make sure that we -- we

21   understand this, when you said "she" in your last

22   answer, you're referring to Angela Smith, right?

23             A.   Yes.

24             Q.   Okay.  So she called the supervisors and

25   then do you know what happened after that?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Candace Vaughn                              June 15, 2023

Page 33

1          A.    They came to the unit.

2          Q.    Did they take your statement?

3          A.    Yes.

4          Q.    Did they take Angela Smith's statement?

5          A.    I'm pretty sure they did.  I didn't see

6    it.  They walked me off the unit to go to a separate

7    room to do it.

8          Q.    Okay.  So they separated you two and

9    then they took your statement?

10         A.    Yes.

11         Q.    And do you know what happened -- so what

12   happened after they took your statement?

13         A.    They sent me right back to my unit.

14         Q.    That same exact unit working with Angela

15   Smith?

16         A.    I can't recall if she was still working

17   that unit because it happened so long ago but I know

18   I definitely got sent back to my unit.

19         Q.    So when you say you got sent back to the

20   same unit, are we talking the same day or a

21   different day?

22         A.    No, the same day.

23         Q.    And then were you later reassigned to

24   another job responsibility?

25         A.    Yes.



**EXHIBIT 1**

```
 1            Q.    What were you reassigned to?

 2            A.    The kitchen.

 3            Q.    And then do you happen to know what

 4    happened to Angela Smith?

 5            A.    I was told that she got to work in the

 6    office doing paperwork.

 7            Q.    To the best of your knowledge was the

 8    kitchen work an agreed upon job reassignment

 9    location pursuant to the collective bargaining

10    agreement?

11            A.    Can you repeat that?

12            Q.    Yes.  And, again, I want to reiterate

13    this is to the best of your knowledge.  So if you

14    don't know -- if you don't know, that's fine, please

15    say that.

16            A.    Okay.

17            Q.    Was the reassignment to the cook

18    position, was that pursuant to the collective

19    bargaining agreement?

20            A.    I don't know.  I don't think so.

21            Q.    All right.  Thank you for that.

22            And then so you had that listed in your

23    complaint.  Is that one of the reasons why you feel

24    like you were discriminated against?

25            A.    Being pushed?
```



Page 35

```
 1          Q.   Sure.  Why don't you tell me why you

 2    felt you were discriminated against for that

 3    incident.

 4          A.   There were several reasons I felt

 5    discriminated against but not because I had to go to

 6    the kitchen to work in the kitchen.

 7          Q.   Okay.  So what were those reasons?

 8          A.   Everything that's happened to me there.

 9    People picking on me, making rude comments to me

10    under their breath like I didn't hear it.  And they

11    do it on purpose when nobody is around so they won't

12    have a witness.

13          Q.   Okay.  I would just like to interrupt

14    you there for just a moment.  I want to stay focused

15    on this March 10th, incident.

16          So when you said people were talking about

17    you, making comments, does that relate to this

18    March 10th incident?

19          A.   No, just in general of me working there.

20          Q.   Okay.  All right.  Thank you for the

21    clarification.

22          So just focus on the March 10th incident for

23    right now and I promise we can come back to the

24    other ones.

25          A.   Okay.
```

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

**EXHIBIT 1**

1   Q.   But just focusing on the March 10th

2   incident right now, why do you believe that was

3   proof of discrimination against you by Fox?

4   A.   Our skin colors.  The fact that I had to

5   get sent to the kitchen where the job was really

6   hard and sweaty versus her sitting in an office

7   pushing paperwork, super easy.

8   I felt like I was the one who -- you know, I

9   didn't do anything, so I should have been able to

10  stay on my unit and keep working while she should

11  have got investigated for pushing me.  So, yeah, I

12  do feel like that was kind of discrimination.

13  Q.   Would you agree that if two people are

14  involved an incident that it would be appropriate to

15  reassign both of those people?

16  A.   I don't know.

17  Q.   So this was -- that was one of the

18  incidences where you filed a memo complaining about

19  your treatment; is that correct?

20  A.   Yes.

21  Q.   Do you recall who you complained to

22  about that incident?

23  A.   I believe Debbie.

24  Q.   Do you know a last name?

25  A.   Don't remember it.  She was a



1  supervisor.  She was -- they called them RSS.

2       Q.   And what does RSS stand for, so we have

3  a clean record?

4       A.   I think residential supervisor.  Don't

5  know what the last "s" stands for.

6       Q.   Okay.  All right.  I'm kind of blanking

7  on it but at least for the time being my

8  understanding is it's residential shift supervisor.

9  Would you tend to agree with that?

10      A.   I don't know.  I remember seeing her

11 face -- oh, wait.  I'm sorry.  What did you say?

12 I'm sorry, sir.

13      Q.   From my understanding RSS stands for

14 residential shift supervisor.  Does that sound right

15 to you?

16      A.   It -- yeah, it could be.  Yes.

17      Q.   Okay.  All right.  Thank you for that.

18 So let's move on.

19      Okay.  So you don't remember Debbie's last

20 name or do you?

21      A.   No.

22      Q.   Okay.  And she was one of the RSS on

23 duty that day, right?

24      A.   Yes.

25      Q.   And do you recall what happened after



1    you made your complaint?

2           A.    I don't -- no, I don't remember.  I

3    don't remember what happened.  I know that I went

4    back to the unit to work and the very next day I was

5    reassigned.

6           Q.    All right.  Do you recall being told by

7    anybody that you should have filed a complaint with

8    the Bureau of Civil Affairs, also known as BCA?

9           A.    I don't know.

10          Q.    Do you know what the BCA is?

11          A.    No.

12          Q.    Are you aware of any other incidents of

13   a physical altercation between a white and a black

14   employee at Fox?

15          A.    I don't remember.

16          Q.    Are you aware of any physical

17   altercation between two employees at Fox regardless

18   of their race?

19          A.    Actually, back to the last question, yes

20   to that.

21          Q.    Okay.  So yes as to a physical

22   altercation between a white and a black employee?

23          A.    Oh, you said physical?

24          Q.    Yes.

25          A.    No.  No.  No, I don't know.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



1      Q.   All right.  So I'm going to re-ask this

2   because I didn't catch your answer.

3      Are you aware of any physical altercations

4   between any two employees regardless of race?

5      A.   I don't know.  Not about physical, no.

6      Q.   Okay.  So you said you were aware of an

7   altercation, not necessarily physical, between a

8   white and a black employee.  Can you please

9   elaborate on that?

10      A.   I just remember a girl had just started

11   working there.  I forgot her name.  She was a black

12   girl and she always made statements and comments.

13   And I know that she also -- I want to say she wrote

14   some memos as well on a particular girl that she had

15   to work with every day, which she was a white girl.

16      But they -- I do know that they got into it a

17   lot on their unit and this was a totally different

18   unit from my unit.

19      Q.   But still within Fox, correct?

20      A.   Yes.

21      Q.   And do you know anything about what

22   happened about that?  You know what, hold on.  That

23   was terribly very generically phrased.

24      Are you aware of any final resolution

25   regarding that scenario?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

1       A.   No.

2       Q.   And so then other than this RSS Debbie,

3  did you complain to anybody else about the incident

4  with Angela Smith?

5       A.   Yes, I believe I spoke with Ray Jackson,

6  I want to say his name is.

7       Q.   And Ray Jackson was at the time the

8  center director; is that correct?

9       A.   Yes.  He's one step under the Sybil

10  lady, so, yeah.

11       Q.   Okay.  All right.  And do you recall

12  what he told you?

13       A.   No, I don't.  I just know --

14       Q.   Do you recall --

15       A.   -- that he -- sorry.  I just know -- I

16  just remember him reassigning me to work in the

17  kitchen but I don't remember like the full

18  conversation.

19       Q.   So he was the one that reassigned you to

20  work in the kitchen?

21       A.   Yeah.

22       Q.   Do you recall him telling you to file a

23  complaint with the BCA?

24       A.   I don't remember.

25       Q.   All right.  So now I'd like to open this

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Page 41

1   back up again.  And you mentioned that there was

2   other incidences, including comments, that you

3   believe were -- sorry, I'm looking for the right

4   word here -- that you believe could be used to prove

5   racial discrimination against you by Fox.  Could you

6   please elaborate upon those comments?

7            MR. TAYLOR:  I'm just going to object to

8   the form of the question but if you understood it,

9   Ms. Vaughn, go ahead and answer.

10           A.   I didn't understand it.

11           Q.   (MR. HOGUE) Yeah, that's fine.  I

12  understand that was not the best phrased question.

13       Okay.  So I'd like to circle back.  Earlier

14  you mentioned that there was people muttering under

15  their breaths, making comments about race.  I'd like

16  to turn back at those.  Can you please elaborate

17  upon those, like dates, who might have said it, what

18  they said?

19           A.   Oh, I was talking about Veronica, when

20  she -- she mumbled under her breath that she can't

21  stand working with black people.

22           Q.   Okay.  Was that the only one?  Because I

23  thought you said that you heard people muttering

24  under their breath you thought that -- or sorry --

25  that you believe that they thought you couldn't hear

Candace Vaughn                                    June 15, 2023

1   when they were making comments but you did hear them

2   making comments.  Was Veronica the only one?

3              MR. TAYLOR:  Again, I'm just going to

4   object to the form, compound question, but if you

5   understood it, Ms. Vaughn, go ahead and answer.

6         A.   No.  No, I was just talking about

7   Veronica, what she mumbled under her breath.

8         Q.   (MR. HOGUE) And that was the statement

9   that you indicated earlier about that she doesn't

10  like working with black people, right?

11        A.   Yes.

12        Q.   All right.  So we've talked about this

13  December incident, 2021, with Veronica and a

14  March 2021 incident with Angela Smith.  Are there

15  any other incidents that you believe were evidence

16  of racial discrimination against you?

17        A.   Yes.

18        Q.   Can you please elaborate upon that?

19        A.   I worked with a lady named Paula Hertz

20  and she just -- I was always picked on.  Every time

21  I worked with her it was -- I felt as she always

22  picked on me because I never seen her do it to

23  anybody else that we worked with but me.

24        Q.   Thank you for that.  I'd like to kind of

25  first get a kind of background on this.



Candace Vaughn                                      June 15, 2023

Page 43

1          When did you work with Paula?  Can you recall

2   an approximate timeframe?

3          A.   No, but pretty much the whole entire

4   time I worked on Unit 3C.

5          Q.   Do you recall when you worked on Unit

6   3C?

7          A.   No, because they -- Fox always bounces

8   me around the building and make me go from first

9   shift to third shift and third shift back to first

10  shift, so, no, I can't recall it.

11         Q.   All right.  So if -- in your complaint

12  you mention that in May 2021 another Caucasian

13  worker, Paula Hertz, would yell at you and accost

14  you in front of other employees.

15         So apparently you worked with Paula around

16  May of 2021.  Would that be a fair assessment?

17         A.   Could be.

18         Q.   Okay.  All right.  So you said that she

19  would make statements that were directed only to

20  you, she would not make statements directed to

21  anybody else?

22         A.   No.

23         Q.   Okay.  Were you the only black employee

24  in Unit 3C?

25         A.   No.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Candace Vaughn                                    June 15, 2023

1          Q.    And if you can -- and I understand it's

2     been a while -- can you recall the approximate

3     composition of the employees at Unit 3C?

4          A.    No, it changed a lot.

5          Q.    Thank you.

6          All right.  And so can you please elaborate

7     further upon like the kind of comments that she

8     would make towards you?

9          A.    She would always tell me stuff like --

10    just everything that came out of her mouth was

11    always negative.  She was always a negative person

12    but toward me.  Like I said, I never seen her do it

13    with other people on the unit but she would always

14    like -- okay, so the Tech IIs would have to fill in

15    and be the Tech III sometimes, which that means

16    we're in charge over the unit.

17         So Paula would give me a hard group of people

18    and then she would -- instead of doing her own work

19    she would follow me around the unit and try to sneak

20    up on me to see if I was doing something, you know

21    what I'm saying?

22         Like she would come in the room while I'm

23    changing a patient or putting a patient in the lift

24    and she would just always like pick on me about, oh,

25    you're not -- I'm just making sure that you're using

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

1    the lift because I didn't see you come in the room

2    with it.

3           Just -- I don't know.  Like everything she

4    did, like she followed me around the unit like the

5    whole entire shift to just nitpick with me all day

6    long.  Even when I would ask for a break, I would

7    have to wait even though nobody is on break or I

8    would -- she would put me in line last on purpose

9    because she knew I was ready to take my break but

10   she'll let everyone else go ahead of me, so, yeah.

11   She did a lot of nitpicking with me.  And, as I've

12   said, I've never seen her do that to any of the

13   stuff there.

14          Q.   Thank you for that answer.  I have a

15   couple of followups on that one.

16          When you say that she would place you at the

17   back of the line, was that kind of like a line of

18   the next person to take a break?

19          A.   Yeah, we had to go in order like with

20   our breaks and stuff.  So she would -- she'd know

21   that I would want a break and then she'll say, oh,

22   such and such is going before you.  So it would

23   always leave me last in line to go.

24          Q.   And when you say that she would follow

25   you around and nitpick, she was looking for



Candace Vaughn                                    June 15, 2023

Page 46

1    criticisms to make about your work performance?

2        A.    I believe so.

3        Q.    And if I'm mischaracterizing, please let

4    me know.  How else would you characterize that?  Do

5    you think that she had a purpose for nitpicking you?

6        A.    No, she didn't.  I was nice to everybody

7    I ever worked with.  I was always extra nice to

8    everyone.  So I have no idea why she treated me the

9    way that she did.

10       Q.    So you don't necessarily believe that

11   she was trying to critique your work performance, do

12   you or not?

13       A.    I don't know, but she couldn't because I

14   knew my work.  I was a good worker.  And she knew

15   that.

16       When the -- when we had the original Tech III

17   there, she always gave me compliments that -- how I

18   always did a good job and how I caught on to the job

19   fast and she would never have to worry about my

20   group of people because she knew they were safe and

21   accounted for because I was over the group.  And

22   that lady had been there for 14-plus years.

23       Q.    Just to make sure I understand, when you

24   said, "that lady" with that comment, you're

25   referring to Paula; is that correct?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

1      A.   No, I was talking about the original

2  Tech III, the lady that actually gave me compliments

3  on my work performance.  Her name was Latoya Steele.

4      Q.   Do you happen to recall how to spell her

5  name?

6      A.   Latoya?

7      Q.   Yes.

8      A.   L-a-t-o-y-a.  Last name Steele.

9  S-t-e-e-l-e.

10      Q.   That's fine.  It just helps to have the

11  spelling for the record.  So thank you for that.

12      A.   Mm-hmm.

13      Q.   How would you characterize that her --

14  how Paula's behavior would make you feel?

15      A.   Can you repeat that?

16      Q.   Yes.

17      How would you characterize how Paula's

18  actions made you feel?

19      A.   Like I wanted to just work on a whole

20  different unit from her.  She made me feel like I --

21  like I didn't want to work there anymore because,

22  you know, when you -- I was only at Fox for 15

23  months and to go through all the stuff that I went

24  through with it only being a year of me working

25  there, everything that I had been through I feel

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

1   like I was forcefully getting pushed out the door

2   like -- like everybody was pointing their fingers at

3   me like, oh, yeah, we don't want her to work here.

4   So that's pretty much how I felt.

5        I felt like I wasn't wanted.  I felt like I

6   was being forcefully pushed out of the door even

7   though I loved my job and I loved what, you know, I

8   could do for the individuals, you know, things that

9   their families couldn't possibly do for them.  You

10  know what I'm saying?

11       So when you love your job and you feel like

12  someone is forcefully trying to push you out of the

13  door, eventually you're going to break and it's

14  going to happen.

15       Q.   So you said earlier that you -- it was

16  more than just say Paula that wanted you out.  Do

17  you know of any other specific examples of people

18  that you believe wanted you out of Fox?

19       A.   I had issues with another lady.  I

20  just -- I never elaborated on her because --

21       Q.   Would you please --

22       A.   Sorry.  What did you say?

23       Q.   No, my apologies.  I was just going to

24  ask if you would please elaborate now upon that.

25       A.   This was -- I got switched to a

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

**EXHIBIT 1**

1    different unit at one particular point working there

2    but I never -- I never wrote this lady up because

3    she acted like that with 50 percent of the people

4    that she worked with.

5            Q.   Okay.  So who was that?

6            A.   Her name was Ariel, like the mermaid.

7            Q.   I'm sorry --

8            A.   Ariel.

9            Q.   Thank you.

10           And when you say that she treated 50 percent

11   of the people like that, was it only the black

12   employees?  Only the white?  Some combination

13   thereof?

14           A.   I would say a combination.

15           Q.   What would she do to you specifically?

16           A.   She just nagged a lot.  She nagged a

17   lot.  She rushed you with your work, like she wanted

18   you -- oh, hurry up and feed them, hurry up and feed

19   them.  And like I would tell her, you know, no, I'm

20   not going to feed someone fast because now I feel

21   like I'm forcefully feeding them and we know what's

22   going to happen if you're being forcefully fed.

23   You're going to choke.

24           So A lot of -- a lot of things that she said

25   to me I felt like they would get me terminated or I



Candace Vaughn                                    June 15, 2023

1   could possibly harm the patient in a way because my

2   leader is telling me to hurry up.  Or the way she

3   spoke with people, she always spoke with you in a

4   rude manner.  She always used curse words in front

5   of the patients, to the patients, in front of me, to

6   me, and she -- like I said, she did that with a

7   combination of people.

8            So I -- at that point in time I just didn't

9   feel like getting on anyone else's bad side, so I

10  did not ever write her up because I knew what that

11  would consist of, which is the reason why my

12  witnesses who seen me get pushed, they didn't want

13  to come forward because everybody is scared they're

14  going to lose their safe job where they have all

15  these good benefits.  Everybody, "Oh, I don't want

16  to have a part of that.  I don't want to have

17  nothing to do with it."

18           Everybody is scared that if you speak up at

19  Fox, you're going to be targeted and they're going

20  to -- they're eventually going to get you out of the

21  door because now to them you're a problem.

22       Q.   And do you believe that Fox viewed you

23  as a problem?

24       A.   Yes, I do.

25       Q.   Do you recall approximately what



Candace Vaughn                                    June 15, 2023

Page 51

1  timeframe you had to work with Ariel?

2        A.    First shift.

3        Q.    I'm sorry.  Like months?

4        A.    Oh.  It wasn't a long time.  I would say

5  maybe between two and four months maybe.

6        Q.    Was that before or after you had to work

7  with Paula?

8        A.    Oh, I've worked with Paula since day

9  one, since I -- since the day I started there.

10       Q.    Hold on please while I -- so at this

11 point I'd like to go back to the conversation on

12 December 17th.

13       Did you want to quit that day or did you want

14 to keep working at Fox?

15       A.    I wanted to quit the day that I wrote

16 the memo on Veronica Wilkinson.  That's the day that

17 I wanted -- I just -- I was distraught over what I

18 heard her say and at that point in time I was just

19 completely fed up.  I'm like, you know what, I'm

20 done with this place.  Obviously God is sending me

21 some sign to just leave right now because things are

22 just not going good here.

23       But when the HR lady Shelly told me that I

24 couldn't do that, it made me think further into it

25 and I was like, well, let me talk to the facility

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



```
 1   director because it seemed like everybody below her
 2   either wasn't giving me the right information or
 3   wasn't telling me the right thing to do.  So I said
 4   let me talk to the head person over everything.
 5          So to answer your question, December 3rd I
 6   wanted to quit.
 7          Q.   And you -- it sounds like after
 8   December 3rd you had perhaps at least a mild change
 9   of position.  Is that fair to say?
10          A.   I don't know.
11          Q.   All right.  Did you have a conversation
12   with Sybil about trying to remain employed with Fox?
13          A.   Yes.
14          Q.   Okay.
15          A.   I was trying to ask her what was the
16   right way of doing it.  And the fact that I didn't
17   get to put in a separate notice of resignation and I
18   figured she was going to point me in the right
19   direction but she sounded as if, oh, this girl is
20   keeping up a lot of trouble, she's doing this, she's
21   doing that, let's just get rid of her.  And that's
22   what happened.
23          Because if you're -- if you're shorthanded at
24   work -- we were always short on staff and if you see
25   that you're building is short on staff and a person
```

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

1   is saying, hey, no, I didn't want to quit, I was

2   just distraught or, you know, I was very upset that

3   day when I wrote that in a memo, you would think

4   that you would want to keep that person there if

5   your short on staff.

6        But, as I said, she didn't want to hear

7   anything I had to say.  She was trying to rush me

8   off the phone and she told me, "Good luck in your

9   future," and dismissed me.

10       Q.   I don't want to put words in your mouth

11   but I do want to make sure I understand.

12       So you did fully intend to quit on

13   December 3rd.  Then you were told that wasn't the

14   proper way to quit.  So then you had a kind of

15   change of heart where you decided that maybe you

16   didn't want to quit and so you never followed

17   through in the proper way and so you thought you

18   were going to remain employed.  Is that accurate or

19   am I misunderstanding?

20       A.   Yeah, I thought that I was going to

21   still have my job because I never put in the actual

22   resignation.  So once I got time to calm down from

23   what Veronica said to me, in my mind I'm like, okay,

24   you know what, let me rethink this because I don't

25   have any other income.  So I'm like, well, maybe I

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

Candace Vaughn                               June 15, 2023

1    can just stay and see if they can switch me to a

2    whole other unit.  And that didn't happen.

3          And that was my whole reason for wanting to

4    speak with Sybil but she dismissed me off the phone

5    immediately.  I couldn't even ask could I even

6    switch units because she didn't want to hear

7    anything I had to say.

8          And human resources, Shelly Jackson, she

9    actually lied and told me that she said she did not

10   say that I had to put in a separate notice but she

11   did tell me that.  And many state -- I know a lot of

12   people that are state employees.  You have to write

13   a separate resignation form -- letter.  You can't

14   just jot it in on a memo.  But I'm not a hundred

15   percent sure about that but that's what I've been

16   told.

17         Q.   Okay.  One final moment.  I think it's

18   probably going to conclude my questioning but while

19   I wrap this up I just want to make sure.

20         All right.  So I'm going to ask one -- at

21   least one big overarching question and then I may

22   have some followups depending on your answer.

23         Is there any other reason why you believe

24   that you were either racially discriminated against

25   or retaliated against while you were employed at



**EXHIBIT 1**

 1  Fox?

 2          A.   Besides the three people that I wrote

 3  memos on?

 4          Q.   Correct.

 5          A.   I'm not sure.

 6               MR. HOGUE:  All right.  Thank you very

 7  much for your time.  I'm done asking questions.

 8  I'll turn you over to your attorney.

 9                    EXAMINATION

10  QUESTIONS BY MR. TAYLOR:

11          Q.   All right.  Ms. Vaughn, I do have a few

12  questions here because I just want to make sure that

13  I have everything clarified and understood.

14          So I want to circle back to three things.

15  We're going to start with Paula Hertz.  I want to

16  make sure I -- you said that you felt that she

17  picked on you?

18          A.   Yes.

19          Q.   Okay.  Did you feel that you were being

20  picked on because of your race?

21          A.   Yes.

22          Q.   Okay.  So would you say that Paula

23  treated you as an African American differently than

24  she treated white employees?

25          A.   Yes.



1      Q.   Okay.  And were other African Americans

2  treated differently by Paula?

3      A.   I can say the women. I --

4      Q.   So you -- oh, sorry.  No, I didn't mean

5  to cut you off.

6      So, again, I know you suffered -- in your

7  opinion you suffered adverse treatment due to your

8  race from Paula?

9      A.   Yes.

10      Q.   Okay.  And, again, I don't want to

11  misstate what you said.  Based on your observations

12  you believe other African American women suffered

13  the same disparate treatment?

14      A.   Yes.

15      Q.   Okay.  And I want to kind of circle back

16  with Veronica here.  Do you believe Veronica treated

17  you differently because of your race?

18      A.   Yeah.

19      Q.   Did you see Veronica treat other

20  similarly situated white employees differently than

21  you?

22      A.   The few that I've seen her talking to,

23  yes.

24      Q.   Okay.  And when you made your complaint

25  about Veronica, the memo that you saw earlier, would

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

**EXHIBIT 1**

Candace Vaughn                                    June 15, 2023

1   you say that you were disgusted with your treatment

2   at Fox Center?

3          A.    Yes --

4          Q.    Would you say that you --

5          A.    -- most definitely.

6          Q.    Would you say that you felt you had no

7   choice but to resign because you would keep being

8   subjected to racial discrimination?

9          A.    Yes.

10          Q.    Okay.  And I just want to go through the

11   timeline.  So you wrote this memo and gave it to

12   Shelly Jackson?

13          A.    The one about Veronica?

14          Q.    Yes.

15          A.    No, we give that straight to RSS.

16          Q.    Okay.  So you turned the memo in to RSS

17   and then subsequently I believe you said Shelly

18   Jackson said this was not a formal resignation?

19          A.    Yes.

20          Q.    Okay.  So at that point on the 3rd you

21   thought you were still employed with Fox and would

22   continue to be employed with Fox?

23          A.    Yes.

24          Q.    Okay.  And then the next time you

25   realized they were getting rid of you, was going to

LEXITAS

1  be the 16th or 17th of December?

2        A.   The 16th.

3        Q.   Okay.  And then you got on a call with

4  Sybil Nash?

5        A.   I called Sybil Nash the morning of the

6  17th after I found out on the 16th.

7        Q.   Okay.  And at this time you were trying

8  to stay with Fox Center?

9        A.   Yes.

10        Q.   Okay.  On this call did Sybil Nash talk

11  about the incidents with Angela, the incidents with

12  Veronica and the incidents with Paula?

13        A.   No.  No, she didn't.

14        Q.   So did --

15        A.   She tried to dismiss me.

16        Q.   Well, let me talk about dismissing you.

17        Did she bring up that you had made complaints

18  previously?

19        A.   I'm trying to remember our conversation.

20        Yes, I think so.

21        Q.   Okay.  Let me take one more note here.

22        Okay.  So you don't remember the exact

23  content of the conversation with Sybil?

24        A.   I'm sorry.  Can you repeat that?

25        Q.   Sure.  So you don't remember the exact

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Candace Vaughn                                    June 15, 2023

Page 59

1  content of the conversation with Sybil, you just

2  believe that she mentioned that you had made

3  previous complaints?

4          A.   Yes.

5          Q.   Okay.  And were these complaints one of

6  the reasons she didn't let you come back to your

7  job?

8          A.   Yes, I believe --

9          Q.   Okay.

10         A.   -- I believe that.

11         Q.   Okay.  So you believe that because you

12 complained about Veronica, because you complained

13 about Paula and because you complained about Angela

14 you were not allowed to rescind your resignation?

15         A.   Yes.

16         Q.   Okay.  And did Sybil make you feel that

17 way on this phone call?

18         A.   Mm-hmm.  Yes, she did.

19              MR. TAYLOR:  Okay.  That's all I have.

20              MR. HOGUE:  All right.  I have a few

21 follow-up based on that.

22                        EXAMINATION

23 QUESTIONS BY MR. HOGUE:

24         Q.   So when you say that Paula Hertz treated

25 certain people differently, you said you were

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



1  confident that it was black women, were all black

2  women treated the same as you?

3       A.   I don't know how to explain Paula.  You

4  just got to see her in action.  But, yeah, I felt

5  like she treated them wrong as well because some of

6  them she just blatantly ignored them because --

7  whatever her reason was for that.  And the rest of

8  them she always had something negative or smart to

9  say.

10       But as far as following those people around,

11  I don't know.  I just know what she did to me

12  because it was super obvious on the unit.  And I'm

13  pretty sure whoever worked with me, they can vouch

14  for that if they remember.

15       Q.   So you only recall her following you

16  around and you recall her ignoring other people?

17       A.   She would ignore certain people.

18       Q.   But do you recall who she would ignore?

19       A.   No, but I wish it was me.

20       Q.   Okay.  Was she only ignoring black

21  women?

22       A.   I can't say that.  I don't know.  I

23  don't remember.

24       Q.   Do you recall if she -- sorry -- okay.

25  So you said you don't remember?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

**LEXITAS**

Candace Vaughn                                      June 15, 2023

Page 61

1          A.    No.

2          Q.    And do you recall her ignoring white

3    women?

4          A.    No, she didn't.

5          Q.    Do you recall her ignoring white men?

6          A.    We rarely had any of those at work, so,

7    no, I don't recall that.

8          Q.    How about black men?

9          A.    I don't know.  Our unit mostly consisted

10   of women.  The whole building --

11         Q.    Okay.  Then to follow-up on that, we've

12   been kind of focusing on two ethnicities: white and

13   black.  Would Paula ignore people of other

14   ethnicities?

15         A.    I don't even remember any other

16   people -- like any other ethnicities on my unit.

17         Q.    Did you see Paula yelling at anybody

18   else?

19         A.    That's all she did.  That's -- I don't

20   know if that was just her personality or -- I mean,

21   I don't know what it was to her but, yes, she --

22   that's all she did was yell.

23         I don't know.  I don't know.  I really can't

24   tell you what goes on in other people's minds but

25   she was not a happy lady at work.  I can say that.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



1   She was very -- she was always negative.  Every time

2   I came into contact with her, every time I was in

3   the same vicinity as her she was always a negative

4   person and always had rude things to say to people

5   all the time.

6        Q.   Okay.  So she said rude things to other

7   people other than you?

8        A.   Yeah.

9        Q.   Did it matter what their race was when

10  she said these rude things?

11       A.   I don't know.  I don't -- I don't

12  remember like who it was, you know what I'm saying?

13  But that's -- like I said, that's -- I'm not sure if

14  that was just her personality, if she was just one

15  of those women who like act like she hate the world

16  but, yeah, she -- she was like that with a lot of --

17  with a lot of people, like her attitude-wise.

18       But as far as the nitpicking and the

19  following, I've only seen that done to me.  I don't

20  know if she did that to other people.  And if she

21  did, hopefully they spoke up on it but I'm not sure.

22       Q.   All right.  Thank you.

23       Do you recall how long the conversation with

24  Sybil lasted?

25       A.   I wish I had my phone.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

**EXHIBIT 1**

Candace Vaughn                           June 15, 2023

Page 63

1          No, I don't.  I know that it wasn't long at

2     all.  I don't want to guess but maybe a few minutes.

3     Maybe three minutes tops.  I'm not sure.  But it

4     wasn't long at all because I didn't really get a

5     chance to explain myself, express myself because,

6     like I said, I feel like she just dismissed me

7     because she didn't want to have anything to do with

8     me.  She didn't want to fix the problem.  She wanted

9     to get rid of it, which I wasn't the problem but I

10    guess in her eyes that's how she seen it.  Anybody

11    that stands up for theirself at that job I can

12    guarantee you they don't work there anymore.

13             MR. HOGUE:  Okay.  Thank you for that.

14    And I don't have anything else based on that.

15             MR. TAYLOR:  I have nothing further.

16         Robert, do you want me to explain waiver now?

17             MR. HOGUE:  Yes, please.

18             MR. TAYLOR:  Okay.  All right.  So, Ms.

19    Vaughn, you'll have a chance, if you would like, to

20    review the transcript and correct minor errors.

21    Now, you can't change your answer to any questions

22    but if there is a misspelling or an acronym, you'd

23    have the chance to take a look at that and correct

24    the record for like those specific purposes.

25             You can also waive signature, which just



Candace Vaughn                                    June 15, 2023

Page 64

1   means you don't -- you don't have to read through

2   and check it.  You would just be able to -- we'd

3   basically be able to just move it on.

4        So would you like a chance to review or are

5   you okay with waiving signature?

6             THE WITNESS:  I'm okay with --

7             MR. TAYLOR:  With waiving?

8             THE WITNESS:  Yeah.

9             MR. TAYLOR:  Okay.  We'll waive.

10            THE REPORTER:  If I could just have

11  transcript orders from the attorneys before we go.

12            MR. TAYLOR:  I don't think at this time

13  we're going to order it.  I don't know if Robert is

14  going to order it or not.

15            MR. HOGUE:  I believe that I will.  And

16  maybe Rory can chime in, but I do believe that we

17  want a full size PDF.

18            MR. CANNON:  Yeah, we do.

19                      - - - - -

20            (Whereupon, the deposition concluded at

21  1:46 p.m.)

22

23

24

25

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Candace Vaughn                                    June 15, 2023

Page 65

1              CERTIFICATE OF REPORTER

2        I, Suzanne M. Zes, a Certified Court Reporter

3   (MO) and Registered Professional Reporter, do hereby

4   certify that the witness whose testimony appears in

5   the foregoing deposition was duly sworn by me

6   pursuant to Section 492.010 RSMo; that the testimony

7   of said witness was taken by me to the best of my

8   ability and thereafter reduced to typewriting under

9   my direction; that I am neither counsel for, related

10  to, nor employed by any of the parties to the action

11  in which this deposition was taken, and further that

12  I am not a relative or employee of any attorney or

13  counsel employed by the parties thereto, nor

14  financially or otherwise interested in the outcome

15  of the action.

16

17

18  _____

19              Certified Court Reporter

20          within and for the State of Missouri

21

22

23

24

25



Candace Vaughn     June 15, 2023 Index: $3,000..background

**$**

**$3,000** 12:10

**1**

**10th** 30:16 35:15, 18,22 36:1

**12:00** 5:8

**14** 19:6

**14-day** 25:3,7,13, 17

**14-plus** 46:22

**14th** 19:1,6

**15** 23:19 47:22

**16th** 19:3 26:16 58:1,2,6

**17th** 19:3,7,8,10 26:15 29:1 51:12 58:1,6

**1:46** 64:21

**2**

**2003** 8:22

**2006** 9:3

**2018** 9:14,16

**2019** 11:9

**2020** 9:8,15 11:11 13:14

**2021** 9:8 11:19 21:1 30:16 42:13, 14 43:12,16

**2022** 11:24

**3**

**3,000** 14:7

**3100** 14:8

**3300** 14:9

**35** 12:6

**3C** 23:11,13 43:4, 6,24 44:3

**3rd** 18:11,19,25 19:7,11 20:25 52:5,8 53:13 57:20

**4**

**40** 12:6

Candace Vaughn

**5**

**50** 49:3,10

**9**

**9th** 11:24

**A**

**ability** 7:23

**absolutely** 6:24 17:18

**accost** 43:13

**accounted** 23:22 46:21

**accurate** 19:12 53:18

**acknowledge** 25:12,16

**acronym** 63:22

**act** 62:15

**acted** 16:21 27:23 49:3

**action** 60:4

**actions** 47:18

**activities** 14:16

**actual** 53:21

**admonishments** 6:3

**adverse** 56:7

**Affairs** 38:8

**African** 55:23 56:1,12

**age** 5:11

**agree** 36:13 37:9

**agreed** 5:1 34:8

**agreement** 34:10, 19

**ahead** 41:9 42:5 45:10

**allowed** 59:14

**altercation** 38:13, 17,22 39:7

**altercations** 39:3

**Alternatives** 9:21

**American** 55:23 56:12

**Americans** 56:1

**Angela** 30:5,22 32:6,22 33:4,14 34:4 40:4 42:14 58:11 59:13

**annual** 12:4

**anymore** 15:15 47:21 63:12

**anytime** 7:1

**apologies** 10:22 48:23

**apologize** 14:23 30:14

**apparently** 43:15

**approximate** 43:2

44:2

**approximately** 10:25 12:20 50:25

**approximation** 10:8

**Ariel** 49:6,8 51:1

**arrange** 6:24

**assault** 31:20

**assessment** 43:16

**assigned** 23:8

**assistant** 5:16 9:12

**assisting** 9:3

**attend** 8:23

**attention** 13:12

**attitude** 19:20

**attitude-wise** 62:17

**attorney** 5:16 7:21,25 8:11,13 55:8

**attorneys** 8:10,15 64:11

**audio** 5:19

**aware** 29:8,16 38:12,16 39:3,6, 24

**B**

**B-O-U-R-B-O-N-N-A-I-S** 10:1

**back** 5:19 6:9,14 28:14 31:9 33:13, 18,19 35:23 38:4, 19 41:1,13,16 43:9 45:17 51:11 55:14 56:15 59:6

**background** 28:5

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



42:25

**bad** 50:9

**bargaining** 34:9, 19

**based** 56:11 59:21 63:14

**basically** 64:3

**basis** 24:1

**bathing** 14:13,15 24:3,4

**BCA** 38:8,10 40:23

**beat** 32:18

**began** 5:8 11:22 13:14

**beginning** 11:8,11 19:19 31:6

**behalf** 5:12

**behavior** 47:14

**behaviors** 14:13

**bell** 19:2

**benefits** 50:15

**big** 54:21

**bit** 6:25 15:6 21:10 22:4,8

**black** 17:3,5,7,8 18:3,4 20:11 38:13,22 39:8,11 41:21 42:10 43:23 49:11 60:1,20 61:8,13

**blanking** 37:6

**blatantly** 60:6

**block** 32:17

**blocked** 32:15

**body** 14:17 15:6

**booklet** 7:20

**bottom** 21:20

**bounces** 43:7

**Bourbonnais** 9:23

**break** 6:23 7:1,6,7 45:6,7,9,18,21 48:13

**breaks** 45:20

**breath** 20:10 35:10 41:20,24 42:7

**breathing** 23:19

**breaths** 41:15 Candace Vaughn

**bring** 58:17

**brother** 11:5,7

**building** 43:8 52:25 61:10

**Bureau** 38:8

**business** 29:12

**businesses** 11:14

———————

**C**

**C-H-E-F** 10:20

**calculator** 12:5

**call** 20:7 27:18 28:15 31:20 32:18 58:3,10 59:17

**called** 7:20 9:20 32:12,24 37:1 58:5

**calling** 32:15,18

**calm** 53:22

**camera** 17:19

**CANDACE** 5:3,10

**CANNON** 64:18

**care** 26:24

**careers** 9:9

**catch** 39:2

**Caucasian** 17:3 43:12

**caught** 46:18

**center** 5:17 9:7 13:13 16:1 28:22 40:8 57:2 58:8

**certificate** 9:12

**Certified** 5:4

**chance** 63:5,19,23 64:4

**change** 15:9 52:8 53:15 63:21

**changed** 15:13 44:4

**changing** 14:17 24:3,4 44:23

**characterize** 27:19 46:4 47:13, 17

**charge** 44:16

**Charles** 32:5

**Charting** 14:13

**check** 64:2

**checking** 23:18

**Chef** 10:18,20,21 11:2

**chime** 64:16

**choice** 57:7

**choke** 49:23

**circle** 28:14 41:13 55:14 56:15

**city** 9:24

**Civil** 38:8

**clarification** 14:4 35:21

**clarifications**

16:13

**clarified** 55:13

**clarify** 18:22

**clarifying** 10:24

**clean** 7:8 37:3

**clear** 6:10

**clenching** 31:10

**collective** 34:9,18

**colleges** 8:23

**colors** 36:4

**combination** 49:12,14 50:7

**comment** 46:24

**commented** 17:8

**comments** 35:9, 17 39:12 41:2,6, 15 42:1,2 44:7

**Community** 9:20

**compiled** 7:20

**complain** 17:3,4 40:3

**complained** 36:21 59:12,13

**complaining** 29:21 36:18

**complaint** 15:23, 24 34:23 38:1,7 40:23 43:11 56:24

**complaints** 58:17 59:3,5

**completely** 51:19

**compliments** 46:17 47:2

**composition** 44:3

**compound** 42:4

**conclude** 54:18



Candace Vaughn    June 15, 2023    Index: concluded..estimates

concluded 64:20

confident 60:1

considered 29:2

consist 50:11

consisted 61:9

contact 62:2

content 58:23
59:1

continue 27:10
57:22

conversation
27:9,14 40:18
51:11 52:11
58:19,23 59:1
62:23

cook 34:17

correct 6:9 14:1
18:8,12 19:1
22:13 24:9,13
28:24 29:23 36:19
39:19 40:8 46:25
55:4 63:20,23

correctly 28:19

counsel 5:2

couple 45:15

court 5:5 6:7,11,
21 7:9

courtesy 6:17

Covid 10:10,11
11:12

criticisms 46:1

critique 46:11

curse 50:4

cursing 31:3

cut 56:5

**D**

date 18:1,14,18
19:13

dated 20:25

dates 10:6 11:10
41:17

day 17:25 18:20,
24 19:1,4,8,10
20:4 22:24 24:25
25:7,10 26:14,23
28:23,24 31:1
33:20,21,22 37:23
38:4 39:15 45:5
51:8,9,13,15,16
53:3

days 19:6

Debbie 36:23 40:2

Debbie's 37:19

December 9:8
11:19 18:11,15,
19,25 19:1,7,8
20:25 26:15,16
29:1 42:13 51:12
52:5,8 53:13 58:1

decided 53:15

Defendant 5:3,12,
17

degrees 8:24 9:1

dental 9:3,12

depending 54:22

depends 23:10

deposes 5:12

deposition 5:3,8
7:1,19,20,23 8:7
18:11 64:20

depth 7:25

detail 7:22

details 30:25 31:6

Developmental
5:17 9:7 13:13
16:1

differently 10:23
55:23 56:2,17,20
59:25

directed 43:19,20

direction 52:19

director 27:13
28:7,22 40:8 52:1

disagree 18:17
30:17

disagreement
20:17

disciplined 13:6

discriminated
15:25 16:4,21
17:5,9 28:2 34:24
35:2,5 54:24

discrimination
17:15,21 36:3,12
41:5 42:16 57:8

disgusted 57:1

dismiss 58:15

dismissed 53:9
54:4 63:6

dismissing 58:16

disparate 56:13

distraught 24:11
51:17 53:2

document 18:16
20:25

door 48:1,6,13
50:21

downstairs 24:21

dressing 14:15

due 56:7

duties 14:11 15:9
22:24

duty 37:23

**E**

earlier 18:24 41:13
42:9 48:15 56:25

early 25:11 30:8

earn 8:24

easier 6:20

easy 36:7

elaborate 16:3
17:23 30:3,23
39:9 41:6,16
42:18 44:6 48:24

elaborated 48:20

else's 50:9

employed 9:17
11:25 14:6 16:5
52:12 53:18 54:25
57:21,22

employee 38:14,
22 39:8 43:23

employees 16:20
17:8 38:17 39:4
43:14 44:3 49:12
54:12 55:24 56:20

employer 12:19

employment
10:16 11:22 13:12
15:25 27:10

end 7:21 25:10

entire 20:1 43:3
45:5

entitled 7:12

envelope 26:22

errors 63:20

estimates 7:13

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

 **LEXITAS**

Candace Vaughn     June 15, 2023Index: ethnicities..happened

**ethnicities** 61:12, 14,16

**ethnicity** 18:2

**event** 32:11

**events** 17:21

**eventually** 48:13 50:20

**everyday** 14:14

**evidence** 42:15

**exact** 18:14 33:14 58:22,25

**EXAMINATION** 5:13 55:9 59:22

**examined** 5:11

**examples** 16:25 17:11,15,20 48:17

**exercise** 15:4

**exercises** 14:16

**exercising** 23:24

**expect** 6:25

**explain** 60:3 63:5, 16

**express** 63:5

**expressly** 5:7

**extend** 6:17

**extra** 23:3 46:7

**eyebrows** 27:1

**eyes** 22:6 63:10

---

**F**

**face** 37:11

**facility** 27:13 28:6, 10 51:25

**fact** 25:17 36:4 52:16

**fair** 8:5 43:16 52:9

**falling** 23:20

**families** 48:9

**Fantastic** 21:12

**fast** 46:19 49:20

**fed** 24:10 49:22 51:19

**feed** 49:18,20

**feeding** 14:15 49:21

**feel** 15:19 16:4,6 34:23 36:12 47:14,18,20,25 48:11 49:20 50:9 55:19 59:16 63:6

**feet** 31:10

**fellow** 16:20

**felt** 18:4 28:1,16 35:2,4 36:8 42:21 48:4,5 49:25 55:16 57:6 60:4

**figured** 52:18

**file** 40:22

**filed** 36:18 38:7

**fill** 44:14

**filling** 20:12

**final** 39:24 54:17

**finally** 7:16

**find** 21:7

**fine** 21:22 34:14 41:11 47:10

**fingers** 48:2

**finished** 6:16

**fix** 63:8

**focus** 19:14 35:22

**focused** 35:14

**focusing** 36:1 61:12

**follow** 29:15 44:19 45:24

**follow-up** 59:21 61:11

**followups** 45:15 54:22

**forced** 31:1

**forcefully** 31:8,21 48:1,6,12 49:21, 22

**forget** 19:22

**forgot** 39:11

**form** 41:8 42:4 54:13

**formal** 57:18

**forward** 31:25 50:13

**found** 58:6

**Fox** 5:17 9:7,9,14 10:17 11:18 13:12 16:1,5,20 17:8 22:10 24:9 27:10 29:22 36:3 38:14, 17 39:19 41:5 43:7 47:22 48:18 50:19,22 51:14 52:12 55:1 57:2, 21,22 58:8

**free** 15:19

**front** 31:4 43:14 50:4,5

**full** 40:17 64:17

**fully** 53:12

**future** 53:9

---

**G**

**gave** 24:13 46:17 47:2 57:11

**general** 5:16 35:19

**generically** 39:23

**Georgia** 9:5

**girl** 31:11 39:10, 12,14,15 52:19

**give** 10:7 16:25 19:24 20:21 22:20 23:3 24:22 44:17 57:15

**giving** 26:22 52:2

**God** 51:20

**good** 46:14,18 50:15 51:22 53:8

**graduate** 8:18,21

**great** 27:7

**gross** 12:11

**ground** 31:11

**group** 9:18 10:5 19:24 20:1 22:17, 21 23:15,17,25 44:17 46:20,21

**guarantee** 63:12

**guess** 7:11,13 15:20 16:21 63:2, 10

**guys** 31:13

---

**H**

**hall** 32:14

**hands** 31:8,21,24

**happen** 12:21 34:3 47:4 48:14 49:22 54:2

**happened** 13:4 18:10,14 19:18, 19,22 22:9 25:7 28:4 32:9,10,25 33:11,12,17 34:4



35:8 37:25 38:3
39:22 52:22

**happy** 5:22 61:25

**harassed** 28:2

**hard** 36:6 44:17

**harm** 50:1

**hate** 62:15

**head** 6:8 52:4

**health** 12:3 13:17,
21 14:1,2,11 15:8

**hear** 5:20 6:4
27:22 35:10 41:25
42:1 53:6 54:6

**heard** 10:23 41:23
51:18

**heart** 53:15

**helped** 11:7

**helping** 15:3,4

**helps** 10:2 47:10

**Hertz** 42:19 43:13
55:15 59:24

**hey** 31:12 53:1

**hide** 28:9

**high** 8:18,20,22,24

**hired** 9:14 13:15,
16

**history** 10:16

**hit** 11:12 31:21

**Hogue** 5:14,16
41:11 42:8 55:6
59:20,23 63:13,17
64:15

**hold** 39:22 51:10

**home** 9:18 10:5
12:11 25:10

**hope** 20:24

**Hospital** 11:21
12:13

**HR** 24:16 51:23

**human** 26:3,6
27:17 29:5 54:8

**hundred** 54:14

**hurry** 49:18 50:2

**hurt** 22:6 31:22

---

**I**

**idea** 46:8

**ignore** 60:17,18
61:13

**ignoring** 60:16,20
61:2,5

**II** 14:2 15:9

**III** 44:15 46:16
47:2

**IIS** 44:14

**Illinois** 9:23 12:15

**immediately** 25:8
27:1 32:12 54:5

**incidences** 17:15
36:18 41:2

**incident** 18:7,19,
21,25 19:9,10,15
22:8,13 24:7
30:15,23 35:3,15,
18,22 36:2,14,22
40:3 42:13,14

**incidents** 30:1
38:12 42:15
58:11,12

**including** 41:2

**income** 53:25

**individual** 22:25
24:5

**individualized**

23:25

**individuals** 48:8

**information** 52:2

**inside** 16:23

**Institute** 9:5

**intend** 53:12

**intent** 24:24 25:3

**intention** 25:21

**interaction** 24:5

**intercourse** 32:7

**interrupt** 21:16
35:13

**interrupting** 14:23

**investigated**
36:11

**involved** 13:8
36:14

**involving** 18:7

**issue** 28:7

**issues** 5:20 16:16
48:19

---

**J**

**Jackson** 24:17
26:8 27:17 29:6
40:5,7 54:8 57:12,
18

**January** 9:14,16

**job** 10:12 11:2,20
12:2,17 13:6
14:11,21 15:9
16:17 22:24
25:18,22 32:1
33:24 34:8 36:5
46:18 48:7,11
50:14 53:21 59:7
63:11

**jobs** 9:9,19 12:23

**Jocelyn** 26:18

**jot** 54:14

---

**K**

**Kankakee** 8:22
12:15

**keeping** 52:20

**kind** 5:19 15:5
16:13 17:18 19:8,
9 20:13 21:17
36:12 37:6 42:24,
25 44:7 45:17
53:14 56:15 61:12

**kitchen** 10:18,21
11:1,3 34:2,8 35:6
36:5 40:17,20

**knew** 45:9 46:14,
20 50:10

**knowledge** 34:7,
13

---

**L**

**L-A-T-O-Y-A** 47:8

**lady** 24:16 26:7
27:18 31:7 40:10
42:19 46:22,24
47:2 48:19 49:2
51:23 61:25

**larger** 21:7

**lasted** 62:24

**Latoya** 47:3,6

**lawful** 5:11

**lawsuit** 13:9

**leader** 50:2

**leaned** 17:18

**leave** 25:22 45:23
51:21

**left** 11:19 14:8

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



25:8

**legally** 5:24

**letter** 24:23 26:12 27:6 54:13

**lied** 54:9

**lift** 44:23 45:1

**listed** 34:22

**listen** 28:17

**literally** 31:7,14

**located** 9:22 12:14

**location** 34:9

**long** 10:25 11:7 33:17 45:6 51:4 62:23 63:1,4

**longer** 6:25

**lose** 32:1 50:14

**lot** 39:17 44:4 45:11 49:16,17,24 52:20 54:11 62:16,17

**loud** 21:17

**loudly** 31:4

**love** 48:11

**loved** 48:7

**luck** 53:8

---

**M**

**made** 20:21 38:1 39:12 47:18,20 51:24 56:24 58:17 59:2

**main** 14:18

**make** 6:10,13 7:24 15:4 20:22 23:18, 19 32:20 43:8,19, 20 44:8 46:1,23 47:14 53:11 54:19 55:12,16 59:16

**makes** 6:20

**making** 22:6 23:22 35:9,17 41:15 42:1,2 44:25

**manner** 50:4

**March** 30:16 35:15,18,22 36:1 42:14

**matter** 5:18 62:9

**means** 15:14 44:15 64:1

**Medical** 9:5

**memo** 21:3,9 24:14,19 25:4,9, 19,20 26:10 28:1 29:3,21 30:15 36:18 51:16 53:3 54:14 56:25 57:11,16

**memos** 20:13 39:14 55:3

**men** 61:5,8

**mental** 12:3 13:17, 20 14:1,2,10,11 15:8

**mention** 43:12

**mentioned** 18:23 28:15 41:1,14 59:2

**mentioning** 24:8

**mermaid** 49:6

**middle** 26:5

**mild** 52:8

**Miles** 26:18

**mind** 10:15 53:23

**minds** 61:24

**minor** 7:24 63:20

**minutes** 23:19 63:2,3

**mischaracterizing** 46:3

**misheard** 10:22

**misspelling** 63:22

**misstate** 56:11

**misunderstanding** 53:19

**Mm-hmm** 20:19 47:12 59:18

**moment** 8:4 20:21 21:13 35:14 54:17

**month** 12:11 14:7, 9

**months** 47:23 51:3,5

**morning** 19:21 58:5

**mouth** 44:10 53:10

**move** 15:6 30:19 37:18 64:3

**movements** 14:16 15:5

**moving** 15:14

**mumbled** 20:9 41:20 42:7

**muttering** 41:14, 23

---

**N**

**nagged** 49:16

**named** 42:19

**Nash** 28:22 58:4,5, 10

**nature** 23:21 24:18

**necessarily** 39:7 46:10

**negative** 44:11 60:8 62:1,3

**net** 12:10

**nice** 46:6,7

**Nicole** 31:12 32:2

**nitpick** 45:5,25

**nitpicking** 45:11 46:5 62:18

**nods** 6:8

**normal** 23:4,16

**note** 58:21

**notice** 24:13,19,25 25:3,7,13,18 26:2 29:4,9,17 52:17 54:10

**number** 15:12

**numbers** 14:3

**nurse** 28:3

**nurses'** 20:3,6 31:9

---

**O**

**oath** 5:23

**object** 41:7 42:4

**obligated** 5:24

**observations** 56:11

**obtain** 9:2

**obvious** 60:12

**occurred** 18:25 30:16

**office** 9:12 28:9 34:6 36:6

**on-the-** 28:21

**one-to-one** 23:6,9 24:5



**one-to-ones** 23:11,13

**open** 16:2 40:25

**opened** 11:8,11

**opinion** 56:7

**order** 45:19 64:13, 14

**orders** 64:11

**original** 46:16 47:1

**orthodontic** 9:11

**orthodontist** 10:13

**overarching** 54:21

**owned** 11:5

---

**P**

**p.m.** 5:8 64:21

**paper** 21:3

**paperwork** 34:6 36:7

**part** 13:24 15:24 21:20,24 28:9 30:20 32:8 50:16

**parts** 14:17

**past** 12:24 30:20

**patient** 44:23 50:1

**patients** 15:1 31:4 50:5

**patients'** 14:13

**Paula** 42:19 43:1, 13,15 44:17 46:25 48:16 51:7,8 55:15,22 56:2,8 58:12 59:13,24 60:3 61:13,17

**Paula's** 47:14,17

**PDF** 64:17

**pending** 7:4

**people** 16:17,19 17:3,5 18:3,4 19:24 20:11 22:17,21 23:2,5, 17 35:9,16 36:13, 15 41:14,21,23 42:10 44:13,17 46:20 48:17 49:3, 11 50:3,7 54:12 55:2 59:25 60:10, 16,17 61:13,16 62:4,7,17,20

**people's** 29:12 61:24

**percent** 49:3,10 54:15

**performance** 46:1, 11 47:3

**permission** 31:22

**person** 23:7 44:11 45:18 52:4,25 53:4 62:4

**personality** 61:20 62:14

**ph** 26:8

**phone** 20:6 27:23 28:15,18,22 32:14,15,17,18 53:8 54:4 59:17 62:25

**phrased** 39:23 41:12

**physical** 38:13,16, 21,23 39:3,5,7

**physically** 30:5

**pick** 44:24

**picked** 42:20,22 55:17,20

**picking** 21:14 35:9

**place** 12:25 27:16 45:16 51:20

**Plaintiff** 5:2

**point** 8:13 24:10 49:1 50:8 51:11, 18 52:18 57:20

**pointing** 48:2

**portion** 11:17

**position** 13:18,24 24:16 34:18 52:9

**possibly** 48:9 50:1

**prepare** 8:6

**prepared** 6:12

**pretty** 31:17 33:5 43:3 48:4 60:13

**previous** 6:14 20:17 59:3

**previously** 58:18

**printing** 5:6

**problem** 50:21,23 63:8,9

**produced** 5:11

**Professional** 5:5

**promise** 35:23

**prompted** 24:8

**proof** 36:3

**proper** 26:1 53:14, 17

**prove** 41:4

**provide** 6:6

**proximate** 13:3

**pulled** 31:14

**purpose** 35:11 45:8 46:5

**purposes** 63:24

**pursuant** 34:9,18

**push** 31:9 32:16 48:12

**pushed** 28:3 30:5, 22 31:8 32:16 34:25 48:1,6 50:12

**pushing** 36:7,11

**put** 22:19 24:19,24 25:6,19 26:1,10 29:8,16,21 31:8, 21,24 45:8 52:17 53:10,21 54:10

**putting** 25:2,13,17 44:23

---

**Q**

**question** 5:20,21 6:14,15,16 7:4,5, 6,9,14 16:2 29:13 38:19 41:8,12 42:4 52:5 54:21

**questioning** 54:18

**questions** 5:14 6:7 8:3 11:18 55:7,10,12 59:23 63:21

**quit** 51:13,15 52:6 53:1,12,14,16

---

**R**

**race** 38:18 39:4 41:15 55:20 56:8, 17 62:9

**racial** 17:15,20 41:5 42:16 57:8

**racially** 16:21 54:24

**racism** 16:10,16 17:4



**racist** 18:5

**rarely** 61:6

**Ray** 40:5,7

**re-ask** 39:1

**read** 21:2,13,17, 18,20,24 22:5 27:6 64:1

**ready** 45:9

**realized** 57:25

**reason** 30:17 32:8 50:11 54:3,23 60:7

**reasons** 34:23 35:4,7 59:6

**reassign** 36:15

**reassigned** 33:23 34:1 38:5 40:19

**reassigning** 40:16

**reassignment** 34:8,17

**recall** 9:13 10:25 11:6,22 13:7 20:5, 12 22:8,16 26:19 27:14 29:25 30:7 32:10 33:16 36:21 37:25 38:6 40:11, 14,22 43:1,5,10 44:2 47:4 50:25 60:15,16,18,24 61:2,5,7 62:23

**recollection** 12:20 20:18 21:19

**record** 6:7,12 7:8 10:2 37:3 47:11 63:24

**reference** 28:13

**referring** 11:2 32:22 46:25

**refresh** 20:18 21:18

**Registered** 5:5

**reiterate** 15:17 34:12

**relate** 35:17

**remain** 52:12 53:18

**remember** 10:6 12:22 15:11,13 18:1 19:15,22 20:5 26:21 27:3,5, 17 30:10,25 31:5, 18 32:5 36:25 37:10,19 38:2,3, 15 39:10 40:16, 17,24 58:19,22,25 60:14,23,25 61:15 62:12

**remind** 26:4,13

**repeat** 5:21 6:5 7:9 17:17 25:14 34:11 47:15 58:24

**replied** 29:7

**reported** 22:10,12

**reporter** 5:5 6:7, 11,21 7:9 64:10

**represent** 5:17

**requirements** 14:19

**Rescare** 9:20

**rescind** 29:17 59:14

**residential** 37:4,8, 14

**resign** 24:15 57:7

**resignation** 24:9 52:17 53:22 54:13 57:18 59:14

**resolution** 39:24

**resource** 27:17

**resources** 26:3,6 29:5 54:8

**response** 26:25

**responses** 6:6

**responsibilities** 14:12 23:16,23

**responsibility** 33:24

**responsible** 14:25 15:4

**rest** 60:7

**restaurants** 11:14

**retaliated** 54:25

**rethink** 53:24

**review** 7:23 63:20 64:4

**rid** 52:21 57:25 63:9

**ring** 19:2

**Riverside** 11:21 12:13

**Robert** 5:16 63:16 64:13

**room** 20:9 32:16 33:7 44:22 45:1

**Rory** 64:16

**rough** 11:13

**Row** 26:8

**RSS** 37:1,2,13,22 40:2 57:15,16

**rude** 35:9 50:4 62:4,6,10

**rumor** 16:10,15

**Rumors** 16:8

**rush** 27:22 53:7

**rushed** 28:16 49:17

---

**S**

**S-T-E-E-L-E** 47:9

**safe** 15:14 46:20 50:14

**sake** 18:11

**salary** 12:4 14:5

**scared** 50:13,18

**scenario** 39:25

**school** 8:18,20,22, 24 9:4

**screen-share** 22:15

**scroll** 21:23 22:3

**sending** 51:20

**separate** 24:22 26:12 33:6 52:17 54:10,13

**separated** 33:8

**September** 9:8,15 13:14

**sexual** 32:7

**shakes** 6:8

**shared** 20:24

**she'd** 45:20

**she'll** 45:10,21

**Shelly** 24:16 26:8 27:17 29:5 51:23 54:8 57:12,17

**shift** 19:20 37:8,14 43:9,10 45:5 51:2

**short** 52:24,25 53:5

**shorthand** 5:4

**shorthanded** 52:23



Candace Vaughn June 15, 2023 Index: shoulder..told

shoulder 22:11

show 18:16 20:20 21:23

side 50:9

sign 51:21

signature 5:7 63:25 64:5

similarly 56:20

simultaneously 10:12

sir 18:14 37:12

sitting 36:6

situated 56:20

size 64:17

skin 36:4

slumped 23:20

small 14:15

smart 60:8

Smith 30:6,22 32:22 33:15 34:4 40:4 42:14

Smith's 33:4

sneak 44:19

sound 37:14

sounded 52:19

sounds 30:18 52:7

sparked 19:10

speak 50:18 54:4

specific 17:11,14, 20 48:17 63:24

specifically 49:15

speculate 15:20

spell 9:24 10:3,19 47:4

spelling 47:11

spend 11:16

spoke 8:11,13,14 20:7 28:25 40:5 50:3 62:21

staff 52:24,25 53:5

stand 18:4 20:10 37:2 41:21

standing 31:11

stands 37:5,13 63:11

start 5:15 6:15 14:10 18:6 55:15

started 17:2 30:9 39:10 51:9

state 54:11,12

statement 20:18, 21 25:25 29:3 33:2,4,9,12 42:8

statements 20:13 39:12 43:19,20

station 20:3,6 31:9

stay 28:4 35:14 36:10 54:1 58:8

Steele 47:3,8

step 40:9

STIPULATED 5:1

stop 22:15 31:13

straight 57:15

stuff 6:22 44:9 45:13,20 47:23

subjected 57:8

subsequently 57:17

successfully 29:17

suffered 56:6,7,12

super 36:7 60:12

supervisor 20:7,8 26:18 32:19 37:1, 4,8,14

supervisors 32:13,24

supposed 19:25 24:15,18

Suzanne 5:4

sweaty 36:6

switch 54:1,6

switched 48:25

sworn 5:11

Sybil 27:13,21 29:6 40:9 52:12 54:4 58:4,5,10,23 59:1,16 62:24

___

**T**

taking 14:25

talk 8:10 51:25 52:4 58:10,16

talked 16:23 29:12 42:12

talking 28:24 33:20 35:16 41:19 42:6 47:1 56:22

targeted 17:16,21 50:19

TAYLOR 41:7 42:3 55:10 59:19 63:15,18 64:7,9, 12

tech 23:1,4,8 44:14,15 46:16 47:2

technician 12:3 13:17,21 14:1,2 15:9

telling 40:22 50:2

52:3

tend 37:9

terminated 12:17, 24 49:25

terribly 39:23

terrified 31:25

testified 20:15

testifying 5:23

testimony 7:12,19

theirself 63:11

thereof 49:13

thing 22:5 52:3

things 10:3 14:14 22:9 23:21 48:8 49:24 51:21 55:14 62:4,6,10

thought 13:20 30:14 41:23,24,25 53:17,20 57:21

three-way 27:18

threw 22:10

time 9:20 11:13,17 27:25 37:7 40:7 42:20 43:4 50:8 51:4,18 53:22 55:7 57:24 58:7 62:1,2,5 64:12

timeframe 43:2 51:1

timeline 57:11

times 13:3

title 12:2

today 5:23 7:13 8:7 25:25

told 12:23 18:2,17 19:25 22:21 25:22 26:1,9,20 29:7,9 30:15 34:5 38:6 40:12 51:23 53:8,



13 54:9,16

**tops** 63:3

**totally** 39:17

**town** 16:9,10,16

**trainee** 13:18,21, 24 14:11 15:15

**training** 30:11,12

**transcribed** 5:6

**transcript** 7:21,23 63:20 64:11

**transitioned** 13:25

**treat** 56:19

**treated** 46:8 49:10 55:23,24 56:2,16 59:24 60:2,5

**treatment** 29:22 36:19 56:7,13 57:1

**trouble** 52:20

**truth** 5:25

**turn** 13:11 41:16 55:8

**turned** 57:16

**two-week** 24:13, 25 26:2 29:3,9,17

**typical** 24:13

---

**U**

**uh-huhs** 6:8

**uh-uhs** 6:8

**understand** 5:21, 23 6:4 8:2 16:14 18:24 32:21 41:10,12 44:1 46:23 53:11

**understanding** 28:13,18,23 37:8, 13

**understood** 41:8 42:5 55:13

**unit** 23:11 25:8 26:21 31:2,3 33:1, 6,13,14,17,18,20 36:10 38:4 39:17, 18 43:4,5,24 44:3, 13,16,19 45:4 47:20 49:1 54:2 60:12 61:9,16

**units** 31:1,2 54:6

**unprofessional** 27:16,20 28:11,16

**upset** 19:23 20:2, 4,8,9 24:20 25:9 31:3 53:2

---

**V**

**vacate** 25:18 26:11

**Vaughn** 5:3,10,15 9:6 29:22 41:9 42:5 55:11 63:19

**Vaughn's** 10:18, 21 11:3

**verbal** 6:6

**Veronica** 18:7 19:11,15 21:14 25:8 26:10 41:19 42:2,7,13 51:16 53:23 56:16,19,25 57:13 58:12 59:12

**versus** 36:6

**vicinity** 62:3

**video** 6:18

**viewed** 50:22

**vitals** 14:25

**Vividly** 19:16

**vouch** 60:13

---

**W**

**wait** 11:9 37:11 45:7

**waive** 63:25 64:9

**waived** 5:7

**waiver** 63:16

**waiving** 64:5,7

**walk** 32:13

**walked** 20:8 33:6

**walking** 20:9

**wanted** 47:19 48:5,16,18 49:17 51:15,17 52:6 63:8

**wanting** 27:10 54:3

**watch** 22:17,24 23:5

**watching** 23:15,17

**weeks** 24:19

**wheelchairs** 23:21

**white** 17:7 26:22 38:13,22 39:8,15 49:12 55:24 56:20 61:2,5,12

**Wilkinson** 18:7 19:11 51:16

**witnesses** 31:24 32:2 50:12

**woman** 18:2

**women** 56:3,12 60:1,2,21 61:3,10 62:15

**word** 41:4

**words** 19:9 31:7 50:4 53:10

**work** 9:6 10:5 16:8,11,15,22,24 17:2,4 18:3 19:21 22:19,20 28:3 31:19 34:5,8 35:6 38:4 39:15 40:16, 20 43:1 44:18 46:1,11,14 47:3, 19,21 48:3 49:17 51:1,6 52:24 61:6, 25 63:12

**worked** 9:11 11:7 16:9,17,20 17:5 26:7 42:19,21,23 43:4,5,15 46:7 49:4 51:8 60:13

**worker** 43:13 46:14

**working** 10:12,16 18:4 20:10 30:9 33:14,16 35:19 36:10 39:11 41:21 42:10 47:24 49:1 51:14

**world** 62:15

**worries** 14:24

**worry** 46:19

**wrap** 54:19

**wrist** 31:14

**write** 6:21 24:22 25:12,17 50:10 54:12

**writing** 26:10

**written** 6:12 20:20 30:14

**wrong** 60:5

**wrote** 24:14 25:2, 8,9,20 28:1 39:13 49:2 51:15 53:3 55:2 57:11



**EXHIBIT 1**

| Y | |
|---|---|
| **year** 8:20 47:24 | |
| **years** 10:8,9,11 46:22 | |
| **yell** 43:13 61:22 | |
| **yelling** 61:17 | |
| **yesterday** 8:11 | |

| Z | |
|---|---|
| **Zes** 5:4 | |
| **zone** 15:15 | |
| **zoom** 21:8 | |

Candace Vaughn

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

