**EXHIBIT 4**

**Jackson, Rochelle L.**

| | |
|---|---|
| **From:** | Thweatt, Yvonne |
| **Sent:** | Wednesday, December 15, 2021 1:12 PM |
| **To:** | Jackson, Rochelle L. |
| **Subject:** | C. Vaughn |

I (Yvonne Thweatt) was working in the RSS office on 12/3/2021. I received a phone call from Candace Vaughn, MHT2, stating that she wanted to know what her assignment was for the day. I told her she was going to have to talk to Veronica Wilkinson, TA T3, to get her assignment. She stated she had and that the T3 was making her do more than the 1 increased supervision individual and that the day before the person who was assigned to the same individual did not have to assist with anyone else. I stated that our counts were low for the day and that this could possible be why. She said "no, Veronica doesn't like me and we have had issues before because Veronica just wants me to do more work". I stated "Veronica is your T3 and you need to follow her instructions". Candace said Ok then, I am going home sick.

**Yvonne Thweatt**
Mental Health Administrator I / CERVA Coordinator
Wm. W. Fox Developmental Center
Illinois Department of Human Services
134 W. Main St., Dwight, IL 60460
O: (779) 249-6296
F: (815) 584-3723

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**EXHIBIT 4**

PART 1 Questions and Statements Must Be Read As Written

| | |
|---|---|
| Employee Name | Candace Vaughn |
| Date/Time of Call | 12/3/2021 0050. |
| Date of Absence | 12/3/2021 |
| Hours of Work | 0545 - 1410. |

**Employee Reminder** - It is the EMPLOYEE'S responsibility to complete a 4140 (Employee Request for Time Off) no later than two (2) of the employee's work days after returning from the absence. Employee will need to date stamp. Failure of the employee to provide the 4140 (Employee Request for Time Off) will result in the absence being considered unautorized (UA).

| | | |
|---|---|---|
| Phone Number: (*This should be a number where the employee can be reached today for follow-up purposes as necessary*) | | |
| REASON FOR CALL-OFF: *check appropriate boxes*<br>Employee Comments:<br>I'm not feeling well, I am going home.<br>* See below | (SI) (*sick employee*) — circled<br>SF (*name or relationship*)<br>SA (*sick appointment*) Do you need the whole day?<br>Yes No<br>What time will you be in?<br>______ am/pm | Tardy<br>FMLA<br>~~EPD~~<br>(UA (*proof*)) — circled<br>Other (*specify*):<br>Proof Requested |
| FMLA: If absence is for an illness for you or your family member, do you have a Medical Certificaion form for FMLA for this condition?<br>*If YES, forward a copy of this form to the Human Resources office for the FMLA Coordinator.* | Yes (*Do not complete Part 2*)<br>☐ Appointment<br>☐ Flare Up | (No) — circled<br>*If no, proceed to Part 2 of this form and complete.* |

PART 2 *Part 2 is completed if the employee is using sick time and does* *not* *have a certified FMLA form for this conidition. Questions Must be asked as written and Responses written as given by the Employee.*

| | |
|---|---|
| How long are you going to be absent?<br>8hrs. | Remind Employee: the employee is required to call off daily at least one (1) hour prior to the start of their shift |

Remind Employee: If you do not have enough sick time, you may go to the Human Resources Office and apply for a leave of absence.

| | | |
|---|---|---|
| Will you or family member be hospitalized? | Yes | (No) |
| Will you be applying for disability benefits? | Yes | (No) |
| Will you be applying for Worker's Compensation? | Yes | (No) |
| Will you or your family member see a medical professional for this absence? | (Yes) | ~~(No)~~ |
| Are you under continuing care or treatment for this condition? | Yes | (No) |

NOTES: Candace called and asked who she does if she has Kevin. I stated she needs to take direction from her T3. She said yes, I don't have time for her. Then she said I need to go home I don't feel well.

Call taken by: (Supervisor/Designee) Iyeare Thweatt

* went for COVID test.

**EXHIBIT 4**

# MESSAGE - REPLY FORM

DETACH AND RETAIN YELLOW COPY. SEND WHITE AND PINK COPIES WITH CARBON INTACT.

TO Whom It May concern

FROM Candace Vaughn TZ

SUBJECT

**MESSAGE** DATE 12-3-21

Veronica has been picking on me since I came to day shift Unit 3C. I can not work with her anymore. She inserted herself into my conversation with another coworker and I asked her to mind her business. She was furious because I told Kim R an individual who is was same room, and that I was to only do his personal cares on him, but Veronica wanted me to do 3 other individuals and bring one individual into

SIGNED Candace Vaughn TZ

**REPLY** DATE

SIGNED Rec'd 12/3/21

PHYSICIANS' RECORD CO., BERWYN, ILLINOIS - PRINTED IN U.S.A.
# A-623

RETAIN WHITE COPY, RETURN PINK COPY

VP

DETACH AND RETAIN YELLOW COPY. SEND WHITE AND PINK COPIES WITH CARBON INTACT.

received
12/3/21

**EXHIBIT 4**

Memo

12-3-21

every other individuals room and invade their privacy while getting them dressed. She tried to argue with me and I asked her to please leave me alone but she continued to try and argue with me. She called RSS because she was arguing with me and then lied and said that I didn't want to do 3 individuals plus the same room person. Yesterday 12-2-21 Valerie T3 had the same room individual and ONLY had him because RSS said she is to only ~~do this~~ civ. do his personal cares, but today when I have ~~the~~ same individual, they wanted me to do 3 other people. I feel discriminated and feel like work is being thrown on me because I'm black and Valerie is white, so she didn't have to do 3 ~~peop~~ six individuals plus the same room individual. Veronica also got upset because I told her I wanted to let RSS know that I'm not feeling well and she mumbled under her breath that she hates working with black women! I can not and will not tolerate working in this racist environment. I'm putting my 14 day notice to vacate this job today! (Last day 12/17/21) KG

Candace Vaughn T2

**EXHIBIT 4**



Illinois Department of Human Services

JB Pritzker, *Governor*

Grace B. Hou, *Secretary*

**William W. Fox Developmental Center**
134 West Main Street • Dwight, Illinois 60420

12/15/21

On 12/2/21 I assigned Valesie B responsibilities for [REDACTED] (Same Room Supervision). I had all off Unit Staff on that day. I am not a tech three very often. I Only assigned her to [REDACTED] Now on 12/3/21 I assigned Candace responsibilities for [REDACTED] and Since I had regular day shift Staff my co workers advised me the [REDACTED] person also cares for two other individuals Once [REDACTED] is in the group Room and Someone else can Provide Same Room Supervision for him. Now on this day [REDACTED] was already dressed by the midnight Staff. So Once I told Candace she had to care for two other individuals She became argumenative with me and was talking about me to the midnight crew. Candace disregarded any Kind of instruction I gave her. She Started arguing with me because she did not want to provide cares on anyone else. So I called RSS to let them Know she was not wanting to comply to my instructio[ns] She said she was feeling sick, and had been exposed to Covid. I am in no way Racist. I just asked Candace to do her job and she refused to. Also I did not [illegible] anything to Candace.

[illegible signature]

**EXHIBIT 4**

# Illinois Department of Human Services
## Office of the Inspector General
## Statement

CHECK ONE: INITIAL STATEMENT X FOLLOW-UP STATEMENT ____
CASE#: N/A FACILITY/AGENCY: Fox Center
NAME/TITLE (PRINT): ____
DATE: 12-10-21 TIME STARTED: ____ TIME ENDED: ____
OTHER PERSONS PRESENT: N/A

I, Veronica Wilkinson state the following information concerning my involvement in the above case to Wm. W. Fox Developmental Center Internal Investigation, Illinois Department of Human Services.

On 12/3/21 I was the acting T3 on 3C, I instructed Candace that she had [REDACTED] to care for and his supervision level is Same Room. Now, Prawosky Valerie cared for [REDACTED], and she only had to care for [REDACTED] because I was unaware that they also should help with two other individuals. This was brought to my attention by my fellow coworkers. So that is why Valerie only had [REDACTED] to care for and Candace was asked to also help with the two other individuals.

Thanks,
Veronica Wilkinson
12

I have read each page of this statement, consisting of ____ pages(s), each page bears my signature and corrections, if any, bear my initials, and I certify the facts stated herein are true and correct.

Signature: [signature] Date: 12/10/21

Witness: N/A Title: —



**EXHIBIT 4**

JB Pritzker, *Governor*

Illinois Department of Human Services

Grace B. Hou, *Secretary*

William W. Fox Developmental Center
134 West Main Street • Dwight, Illinois 60420

12/3/21

Spoke with Joslyn Miles, TA AUD
Re: MHT Staffing on 12/2 & 12/3/21
for Unit 3C.

12/2/21 3C had 4 total staff
which didn't require the Tech
assigned to [redacted] to pickup
extra Individual/cares.

On
12/3/21 Unit 3C had a total of
3 techs. as a result of one less
tech, the person assigned to
[redacted] was asked to assist
w/ cares for @ 2 other individuals on
3C.

Staffing was the reason for C. Vaughn
being asked to assist w/ others

Rochelle Jackson
Ass Director

**EXHIBIT 4**

**Jackson, Rochelle L.**

**From:** Nash, Sybil R.
**Sent:** Wednesday, December 15, 2021 2:33 PM
**To:** Jackson, Rochelle L.; Jackson, Ray
**Subject:** RE: Candace Vaughn Memo

Thank you, Shelly,
After reading the memo, I met with ISI Sowell and Holte on 12/13/2021. In additional to Ms. Wilkinson's denial of discriminatory practices and muttering a hostile statement under her breath, I was told the timeline of events was seemingly implausible. Specifically, Ms. Vaughn stated in her memo that she was given a group to assist when she was only to work with 1 person; and to take the individual with her while assisting the other members of the group. However, the person she was assigned was not receiving 1:1 or visual supervision but same room and after the person receiving same room supervision was dressed, he joins other members of the living area in a group room. As such, there would be no reason for Ms. Vaughn to only support 1 person.

*Sybil R. Nash, MSW, LCSW*
Center Director | Wm. W. Fox Developmental Center
Illinois Department of Human Services
134 West Main Street, Dwight, Illinois 60420
☎ (779) 249-6240
🖷 (815) 584-3723
(815) 278-0763
✉ Sybil.Nash@illinois.gov

State of Illinois - CONFIDENTIALITY NOTICE: "The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure."

**From:** Jackson, Rochelle L. <ROCHELLE.JACKSON@illinois.gov>
**Sent:** Wednesday, December 15, 2021 12:45 PM
**To:** Nash, Sybil R. <Sybil.Nash@Illinois.gov>; Jackson, Ray <Ray.Jackson@Illinois.gov>
**Subject:** Candace Vaughn Memo

I have received and reviewed the memos/statements stemming from Ms. Vaughn's memo.

I spoke with AUD, Joshlyn Miles regarding the assigned staffing for Unit 3C on 12/2 and 12/3/21; I also spoke with Temporary MHT3 Veronica Wilkinson regarding Ms. Vaughn's claims she was assigned a heavier work load due to her race.

Veronica stated she is not often the MHT3 on 3c on 12/2/21, she did assign Valerie only ███ based on his level of supervision of Same Room. On this date, the Unit had 4 technicians assigned. On 12/3/21, the Unit had 3 technicians assigned. As a result of this, Veronica learned, she could utilize the staff persona assigned to ███ to assist with other individuals, once he was dressed and seated in the group room, as the staff person in the group room, would be providing the Same Room supervision required.

**EXHIBIT 4**

It appears, Candance did not want to assist with any other individuals other than ██ and both employees state the other was argumentative, etc. Veronica called RSS to address the issue.
At this time, Candace stated she didn't feel well and was going home.

I have provided Ms. Vaughn with the Anti-harassment/discrimination administrative directive and complaint form.

Also, Ms. Vaughn stated in her memo she was providing her 14 day notice. Ms. Vaughn has not submitted any documentation requesting to rescind this notice, therefore her last day to work is 12/17/21.

Thank you.

Rochelle (Shelly) Jackson
HR/LR Director
Wm. Fox Developmental Center
134 W. Main St., Dwight IL 60420
rochelle.jackson@illinois.gov
P: 779-249-6213
Fax: 815-584-3723

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**EXHIBIT 4**

**Jackson, Rochelle L.**

**From:** Nash, Sybil R.
**Sent:** Wednesday, December 15, 2021 2:37 PM
**To:** Jackson, Rochelle L.; Jackson, Ray
**Subject:** RE: Candace Vaughn Memo

You are correct. That was also mentioned by ISI Holte. There was very little time for much to play out. Holte knew she left early because she completed testing on her in the clinic.

*Sybil R. Nash, MSW, LCSW*
Center Director | Wm. W. Fox Developmental Center
Illinois Department of Human Services
134 West Main Street, Dwight, Illinois 60420
☎ (779) 249-6240
(815) 584-3723
(815) 278-0763
✉ Sybil.Nash@illinois.gov

State of Illinois - CONFIDENTIALITY NOTICE: "The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure."

**From:** Jackson, Rochelle L. <ROCHELLE.JACKSON@illinois.gov>
**Sent:** Wednesday, December 15, 2021 2:34 PM
**To:** Nash, Sybil R. <Sybil.Nash@Illinois.gov>; Jackson, Ray <Ray.Jackson@Illinois.gov>
**Subject:** RE: Candace Vaughn Memo

Also add that she went home at @6:10 am after starting her shift at 5:45 am.

Rochelle (Shelly) Jackson
HR/LR Director
Wm. Fox Developmental Center
134 W. Main St., Dwight IL 60420
rochelle.jackson@illinois.gov
P: 779-249-6213
Fax: 815-584-3723

**From:** Nash, Sybil R. <Sybil.Nash@Illinois.gov>
**Sent:** Wednesday, December 15, 2021 2:33 PM
**To:** Jackson, Rochelle L. <ROCHELLE.JACKSON@illinois.gov>; Jackson, Ray <Ray.Jackson@Illinois.gov>
**Subject:** RE: Candace Vaughn Memo

Thank you, Shelly,

**EXHIBIT 4**

After reading the memo, I met with ISI Sowell and Holte on 12/13/2021. In additional to Ms. Wilkinson's denial of discriminatory practices and muttering a hostile statement under her breath, I was told the timeline of events was seemingly implausible. Specifically, Ms. Vaughn stated in her memo that she was given a group to assist when she was only to work with 1 person; and to take the individual with her while assisting the other members of the group. However, the person she was assigned was not receiving 1:1 or visual supervision but same room and after the person receiving same room supervision was dressed, he joins other members of the living area in a group room. As such, there would be no reason for Ms. Vaughn to only support 1 person.

*Sybil R. Nash, MSW, LCSW*
Center Director | Wm. W. Fox Developmental Center
Illinois Department of Human Services
134 West Main Street, Dwight, Illinois 60420
☎ (779) 249-6240
🖷 (815) 584-3723
(815) 278-0763
✉ Sybil.Nash@illinois.gov

State of Illinois - CONFIDENTIALITY NOTICE: "The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure."

**From:** Jackson, Rochelle L. <ROCHELLE.JACKSON@illinois.gov>
**Sent:** Wednesday, December 15, 2021 12:45 PM
**To:** Nash, Sybil R. <Sybil.Nash@Illinois.gov>; Jackson, Ray <Ray.Jackson@Illinois.gov>
**Subject:** Candace Vaughn Memo

I have received and reviewed the memos/statements stemming from Ms. Vaughn's memo.

I spoke with AUD, Joshlyn Miles regarding the assigned staffing for Unit 3C on 12/2 and 12/3/21; I also spoke with Temporary MHT3 Veronica Wilkinson regarding Ms. Vaughn's claims she was assigned a heavier work load due to her race.

Veronica stated she is not often the MHT3 on 3c on 12/2/21, she did assign Valerie only ███ based on his level of supervision of Same Room. On this date, the Unit had 4 technicians assigned. On 12/3/21, the Unit had 3 technicians assigned. As a result of this, Veronica learned, she could utilize the staff persona assigned to ███ to assist with other individuals, once he was dressed and seated in the group room, as the staff person in the group room, would be providing the Same Room supervision required.

It appears, Candance did not want to assist with any other individuals other than ███ and both employees state the other was argumentative, etc. Veronica called RSS to address the issue.
At this time, Candace stated she didn't feel well and was going home.

I have provided Ms. Vaughn with the Anti-harassment/discrimination administrative directive and complaint form.

Also, Ms. Vaughn stated in her memo she was providing her 14 day notice. Ms. Vaughn has not submitted any documentation requesting to rescind this notice, therefore her last day to work is 12/17/21.

**EXHIBIT 4**

# MESSAGE - REPLY FORM

DETACH AND RETAIN YELLOW COPY. SEND WHITE AND PINK COPIES WITH CARBON INTACT.

TO: Rochelle Jackson (HR)

FROM: Candace Vaughn TZ

SUBJECT: Responding from memo I wrote on 12/3/21

**MESSAGE**

DATE: 12/16/21

I will not be resigning from my position at Fox Development Center. Hopefully, I can be transfered to a different facility so I won't feel discriminated by the people whom I work with. This is my third time having a discrimation issue at Fox and there is no discipline being done, so I would like to see if I can be transfered to Shapiro.

SIGNED: Candace Vaughn TZ

**REPLY**

DATE:

12/17/2021
Resignation rescind not accepted
By facility Director Nash.
14 day resignation
stands.
Rochelle Jackson HR

received
12/17/21

SIGNED:

RETAIN WHITE COPY, RETURN PINK COPY