IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDACE VAUGHN, | ) |
|     Plaintiff, | ) ) ) |
| -vs- | )   No.  22-cv-1107-JBM-JEH ) |
| FOX DEVELOPMENTAL CENTER, | ) ) |
|     Defendant. | ) |

### NOTICE OF RECENT AUTHORITY

NOW COMES Defendant, FOX DEVELOPMENTAL CENTER, by and through its attorney, Kwame Raoul, Attorney General for the State of Illinois, and provides notice to the Court of recent authority pertinent to this matter:

1. On August 18, 2023, Defendant filed its motion for summary judgment. (d/e 33). Defendant moved for summary judgment on several grounds including but not limited to the fact that Plaintiff failed to present sufficient evidence that she suffered a hostile work environment. (d/e 33, pg. 7-8).

2. On August 18, 2023, the Seventh Circuit issued an opinion in *Hambrick v. Kijakazi*, No. 22-3217, 2023 U.S. App. LEXIS 21747, at *4 (7th Cir. Aug. 18, 2023), addressing what constitutes a hostile work environment and specifically addresses the severe and pervasive aspect.

3. Defendant is raising this recent authority because due to the timing of release, it did not have an opportunity to address in its motion for summary judgment. It may be instructive in resolving the pending motion for summary judgment in this case.

WHEREFORE, Defendant respectfully request this Honorable Court accept its Notice of Recent Authority.

Respectfully submitted,

FOX DEVELOPMENTAL CENTER,

    Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

    Attorney for Defendant

By:    /s/Robert Hogue
       Robert Hogue #6318000
       Assistant Attorney General
       500 South Second Street
       Springfield, Illinois 62701
       (217) 782-5819 Phone
       (217) 524-5091 Fax
       Robert.hogue@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CANDACE VAUGHN, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No.   22-cv-1107-JBM-JEH |
| FOX DEVELOPMENTAL CENTER, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, the foregoing document, ***Defendant's Notice of Recent Authority***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan C. Volheim – nvolheim@sulaimanlaw.com

NONE

Respectfully Submitted,

s/Robert Hogue
Robert Hogue #6318000
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-5819 Phone
(217) 524-5091 Fax
Robert.hogue@ilag.gov