Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **CANDACE VAUGHN**  )<br>   )<br>   **Plaintiff,**   )<br>   )<br>   vs.   )<br>   )<br>**ILLINOIS DEPARTMENT OF HUMAN** )<br>**SERVICES**  )<br>   )<br>   **Defendant.**   ) | Case Number: 22-1107 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Illinois Department of Human Services and against Plaintiff Candace Vaughn.

**Dated: February 7, 2024**

JBM

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court